IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY KUMI,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED ASSET MANAGEMENT, LLC<br>and FCI LENDER SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 1:21-cv-04949-MHC<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MARY KUMI

PERSONALLY appearing before the undersigned attesting officer, duly authorized by law to administer oaths, MARY KUMI, who, upon being duly sworn, testifies, deposes and states as follows:

1.

I am over the age of eighteen (18) years, suffer no legal disabilities, and give the following testimony from my own personal knowledge and experience.

2.

I am the Plaintiff in the above-referenced matter.

3.

I have reviewed the facts alleged in the Complaint filed by my counsel in this action and hereby verify that they are true and correct to the best of my knowledge, information, and belief.

4.

I would suffer immediate and irreparable injury if my home is foreclosed on December 7, 2021. I am 63 years old and have owned my home for 16 years. This is the only home I have ever owned. I have worked hard to stay current on my mortgage payments, and have built up significant equity in my home. I am distraught and desperate to save my home, and fearful of losing it to foreclosure. I am unable to sleep and the stress has caused my blood pressure to rise into a range requiring medication. I do not know where I would go if I lost my long-time home.

5.

I sincerely request that the Court grant the motion for temporary restraining order to stop the foreclosure sale scheduled for Tuesday, December 7, 2021.

FURTHER AFFIANT SAITH NOT.

This 3rd day of December, 2021.

_____
Mary Kumi

Sworn to and subscribed before
me this 3rd day of December, 2021.

_____
NOTARY PUBLIC
My Commission Expires: 11-9-25