UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MARY KUMI,                                    )
                                              )
            Plaintiff,                        )
                                              )        CIVIL ACTION FILE
vs.                                           )
                                              )        1:21-CV-04949-MHC
UNITED ASSET MANAGEMENT, LLC                  )
and FCI LENDER SERVICES, INC.,                )
                                              )
            Defendants.                       )

## RESPONSE IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants United Asset Management, LLC ("UAM") and FCI Lender Services, INC. ("FCI") (collectively, the "Defendants"), by and through their counsel, request that this Court deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction enjoining Defendants from carrying out a foreclosure sale on December 7, 2021, and enjoining Defendants during the pendency of this action from instituting, prosecuting or maintaining foreclosure proceedings on Plaintiff's home. In support of this response, Defendants attach their Brief.

Respectfully submitted this 5th day of December, 2021.

/s/ *Mark A. Baker*
Mark A. Baker, Esq.
MCMICHAEL TAYLOR GRAY, LLC
Georgia State Bar: 033840
3550 Engineering Dr., Ste. 260
Peachtree Corners, GA 30092
Telephone: 404.474.7149
mbaker@mtglaw.com
*COUNSEL FOR DEFENDANTS UNITED ASSET MANAGEMENT, LLC AND FCI LENDER SERVICES, INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

MARY KUMI,  )
  )
  Plaintiff,  )
  )     CIVIL ACTION FILE
vs.  )
  )     1:21-CV-04949-MHC
UNITED ASSET MANAGEMENT, LLC  )
and FCI LENDER SERVICES, INC.,  )
  )
  Defendants.  )

**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND
<u>PRELIMINARY INJUNCTION</u>**

<u>INTRODUCTION</u>

Plaintiff Mary Kumi filed this action against Defendants on December 3, 2021, and in the instant motion, seeks injunctive relief to prevent the foreclosure sale of Plaintiff's property, scheduled for December 7, 2021. Plaintiff's claims include attempted wrongful foreclosure, breach of contract and declaratory judgment, as well as violations of the Truth in Lending Act (TILA) and the Fair Debt Collection Practices Act (FDCPA) related to a second mortgage held by UAM against the Plaintiff's property. Pursuant to Fed. R. Civ. P. 65, Plaintiff seeks a temporary restraining order and preliminary injunction to stop the foreclosure scheduled for December 7, 2021. For the reasons set forth below, the Plaintiff is

not entitled to injunctive relief.

FACTUAL BACKGROUND

Plaintiff avers that,

"At the time of the 2013 modification, Ms. Kumi had not been receiving statements or correspondence on the second mortgage, and understood that the second mortgage had either been resolved as part of the modification or had otherwise been written off. (*Id.*) For approximately a decade, until May 2021, Ms. Kumi does not recall receiving any statements or any other correspondence about the account and didn't realize there was still a second mortgage on her home. During that time, Ms. Kumi has maintained a good payment history on her first mortgage and has built significant equity in her home. (*Id.* ¶¶ 14-16.)" *See, Plaintiff's Motion, p. 5.*

The documentary evidence reflects otherwise. Specifically, that the servicer for the subject loan, an entity named Sortis, contacted Ms. Kumi dozens of times, by telephone and mail, between 2013 and 2020.

On or about November 17, 2021, counsel for Plaintiff served FCI with a purported Qualified Written Request and Notice of Error (the "QWR"), pursuant to the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605(e) and 12 C.F.R. §§ 1024.35 and 1024.36 of the implementing regulation "X". *See, Exhibit A.* Among the documents the Defendants will provide in response to the QWR is a

copy of the servicing notes from prior servicer, Sortis, reflecting a multitude of efforts to contact Ms. Kumi and/or her authorized family members during the period from January 28, 2013, through April 20, 2021. This included messages left on Ms. Kumi's telephone answering service, and correspondence to Ms. Kumi at her residence. *See, Exhibit B.*

According to the servicing notes attached at Exhibit B, a Sortis representative left a message for Ms. Kumi, at telephone number (***) *** - 4230, on the following dates:

> March 27, 2013; April 12, 2013; May 22, 2014; June 24, 2014; December 12, 2014; January 14, 2015; January 20, 2015; February 25, 2015; March 3, 2015; March 6, 2015; March 10, 2015; March 25, 2015; April 6, 2015; April 13, 2015; April 17, 2015; April 22, 2015;  April 28, 2015; May 27, 2015; July 8, 2015; July 22, 2015 (twice); July 29, 2015; August 5, 2015; August 12, 2015; August 25, 2015; August 31, 2015; September 4, 2015; September 26, 2015; October 7, 2015; October 19, 2015; November 3, 2015; November 10, 2015; November 17, 2015; November 30, 2015; December 7, 2015; December 10, 2015; December 15, 2015; December 21, 2015; December 28, 2015; December 31, 2015; December 20, 2017; June 25, 2018; November 19, 2018; August 28, 2019; October 9, 2019; May 5, 2020;

According to the servicing notes attached at Exhibit B, a Sortis representative sent correspondence to Ms. Kumi at her residence address on the following dates:

> April 3, 2013; May 10, 2013; June 13, 2013; October 27, 2014; December 1, 2014; December 24, 2014; January 27, 2015; February 20, 2015; March 25, 2015; April 23, 2015; May 26, 2015; July 6, 2015; July 24, 2015; September 23, 2015; October 26, 2015; November 25, 2015; December 28, 2015; January 26, 2016; February 24, 2016; March 28, 2016; April 22, 2016; May 26, 2016; June 23, 2016; July 25, 2016; August 25, 2016; September 22, 2016; October 26, 2016; November 22, 2016; December 27, 2016; January

26, 2017; February 27, 2017; April 3, 2017; April 26, 2017; May 24, 2017; June 26, 2017; April 20, 2021.

Thus, it is apparent that the prior servicer, Sortis, made numerous efforts, both telephonically and by mail, to reach the Plaintiff regarding the subject loan. This undercuts Ms. Kumi's claim that she "had not been receiving statements or correspondence on the second mortgage, and understood that the second mortgage had either been resolved as part of the modification or had otherwise been written off."

On or about May 7, 2021, Sortis – the loan servicer that left almost four dozen voice mail messages and sent roughly three dozen written communications to Ms. Kumi from March 27, 2013, to April 2021 - transferred the servicing of the subject loan to FCI. *See, Exhibit B, entry of April 20, 2021.* Upon the servicing transfer, FCI and UAM promptly sent "Welcome Letters" to Ms. Kumi. *See, Exhibit C and Exhibit D.* FCI's Welcome Letter specifically advised Ms. Kumi that "Sortis Financial, Inc. is now collecting your payments. Sortis Financial, Inc. will stop accepting payments received from you on 05/07/2021." *See, Exhibit C.* FCI's Welcome Letter also advised Ms. Kumi that the Principal Balance of $45,089.90, together with Accrued Interest of $42,265.87, were due. *See, Exhibit C.* UAM's Welcome Letter, dated June 11, 2021, confirmed that UAM was the "owner of the 2nd lien mortgage on your property." *See, Exhibit D.*

6

The loan matured by its terms in November 2020. *See, Exhibit E*. As a result of the matured loan, no further monthly payments were required and the entire loan balance was due. The Sortis payment history reveals that on February 2, 2013, Plaintiff paid $62.64, and has paid nothing upon the obligation since that date. *See, Exhibit F*.

On August 11, 2021, counsel for FCI sent notice to Ms. Kumi pursuant to the Fair Debt Collection Practices Act (the "FDCPA") advising that she had thirty (30) days to request validation of the debt and/or dispute same. *See, Exhibit G*. Ms. Kumi failed to request validation of the debt and/or dispute the debt within that timeframe. Rather, she waited nearly three months to send a request to validate debt to Defendants, on or about November 22, 2021, which Defendants will respond to in accordance with the timeframes set forth in RESPA.

On or about November 2, 2021, Defendants' counsel sent a notice to Ms. Kumi, notifying her that her loan had been accelerated and that her property was scheduled for foreclosure sale on December 7, 2021. *Motion, p. 9; see, Exhibit H*. In compliance with O.C.G.A. § 44-14-162.2, the notice expressly provides that "Your mortgage servicer, FCI Lender Services, Inc., servicer for United Asset Management, LLC can be contacted at 1-800-931-2424 or by writing to P.O. Box 27370, Anaheim Hills, CA 92809, to discuss possible alternatives to avoid

foreclosure." *See, Exhibit H*.

ARGUMENT AND CITATION OF AUTHORITY

**I.     Standard of Review**

As recited by Plaintiff, to obtain preliminary injunctive relief, Plaintiff must show that: (1) she "has a substantial likelihood of success on the merits;" (2) she will suffer irreparable injury if injunctive relief is not granted; (3) the threatened injury to Ms. Kumi outweighs the harm the injunctive relief may cause to the Defendants; and (4) granting injunctive relief "would not be adverse to the public interest." *KH Outdoor, LLC v. City of Trussville*, 458 F.3d 1261, 1268 (11th Cir. 2006). Plaintiff cannot meet these four factors and thus is not entitled to injunctive relief.

**I.     Plaintiff Cannot Show a Substantial Likelihood of Success on the Merits**

This Motion for Temporary Restraining Order was filed Friday, December 3, 2021, with a Response required to be filed by 9:00 AM on Monday, December 5, 2021. In that limited time, essentially over the weekend, the Defendants were unable to gather all documents necessary to refute Plaintiff's claims that the Defendants, and their predecessor servicers – one or more of which are now defunct - failed to comply with the requirements of TILA and the FDCPA in their communications with Plaintiff concerning the loan. Specifically, Defendants do not

8

currently have access to copies of all prior monthly mortgage statements and correspondence sent to Plaintiff by prior servicers. Without being given a reasonable opportunity to obtain these documents, Defendants cannot to refute Plaintiff's averments that the prior servicers failed to deliver those monthly statements. Further, without a reasonable opportunity to obtain these documents, Defendants are unfairly deprived on the chance to disprove Ms. Kumi's claim that she rightfully stopped paying her mortgage loan due to the conduct of Defendants' predecessors in interest, and that her default on the loan is thereby excused under O.C.G.A. § 13-4-23 or estopped by O.C.G.A. § 24-14-29.

Plaintiff asserts that the transfer Notice required by FCI under RESPA was not timely given. However, 12 C.F.R. § 1024.33(b)(3) provides that "[t]he transferee servicer shall provide the notice of transfer to the borrower not more than 15 days after the effective date of the transfer." *See, 12 C.F.R. § 1024.33(b)(3)(i)*. The FCI Welcome Letter was timely sent within 15 days of the effective date of the transfer. *See, Exhibit C.*

Similarly, Plaintiff avers that Truth in Lending Act ("TILA") requires a new owner of a loan (a "covered person" as defined by 12 C.F.R. § 1026.39(a)(1)) to provide notice to the borrower within 30 days of the assignment of the loan. The law also provides at 12 C.F.R. § 1026.39(b)(2) that "the date of transfer to the

9

covered person may, at the covered person's option, be either the date of acquisition recognized in the books and records of the acquiring party, or the date of transfer recognized in the books and records of the transferring party." *See, 12 C.F.R. § 1026.39(b)(2).* Even if these perceived technicalities may be established, this does not establish a likelihood of success on the underlying claim such that a temporary restraining order, or preliminary injunction, would be appropriate under these circumstances. The same result holds true relative to Ms. Kumi's claim that the Defendants failed to deliver periodic statements immediately following the transfer of the loan to UAM.

## II.  Defendants Aver That It Is Proper to Allow the Foreclosure Sale to Be Cried, But That the Deed Under Power of Sale Be Held in Escrow Pending Determination of the Issues Raised Herein.

Plaintiff seeks to enjoin the December 7, 2021 sale because she alleges it would constitute a wrongful foreclosure under state law. This would be an unjust and unnecessary result under the circumstances, where the Defendants have not had sufficient time to gather evidence to refute Plaintiffs' claims. Defendants suggest, as a reasonable compromise, that the Court allow the foreclosure sale to be cried on December 7, 2021, as scheduled, but that any Deed Under Power of Sale be held in escrow and not recorded in the real estate records pending a determination on the merits of the issues raised by Ms. Kumi in her Complaint and

pending motion.

### III.   The Threatened Injury to Plaintiff Does Not Outweigh Any Potential Harm toDefendants

The balance of equities does not favor granting injunctive relief. If Defendants are permitted to cry the foreclosure sale but are prohibited from recording the Deed Under Power of Sale pending further order of the Court, the status quo is preserved pending further determination by the Court.

### IV.    Granting Injunctive Relief Would Not Serve the Public Interest

Defendants have properly sought the sums demanded, as provided by contract and in conformity with applicable law. However, by permitting Defendants to cry the foreclosure sale, but not record the foreclosure deed pending further order, the public interest is served by maintaining the status quo, and Plaintiff is shielded from the consequences of foreclosure while this action is pending.

### V.    If the Court Grants Injunctive Relief, Then Plaintiff Should be Required to Post a Bond

Pursuant to O.C.G.A. § 9-11-65(c), "[a]s a prerequisite to the issuance of a restraining order or an interlocutory injunction, the court may require the giving of security by the applicant, in such sum as the court deems proper, for the payment of such costs and damages as may be incurred or suffered by any party who is

found to have been enjoined or restrained wrongfully." *See, O.C.G.A. § 9-11-65(c).* Defendants assert that it is proper here to require the posting of a bond to protect Defendants' interests in the event they are subsequently found to have been enjoined or restrained wrongfully. It is well-established under this Circuit's interpretation of Rule 65 "that the amount of security required by the rule is a matter within the discretion of the trial court, and the court may elect to require no security at all." *BellSouth Telecomms., Inc. v. MCImetro Access Transmission Servs*., LLC, 425 F.3d 964, 971 (11th Cir. 2005) (punctuation and citation omitted). Defendants suggest that an appropriate bond would be a sum equal to the regular monthly mortgage payment prior to maturity of the loan for a period of twelve (12) months. Per the terms of the Note, monthly payments accrued at the rate of $413.33 per month, and the amount of bond sought is $4,959.96.

Respectfully submitted this 5th day of December, 2021.

/s/ *Mark A. Baker*
Mark A. Baker, Esq.
MCMICHAEL TAYLOR GRAY, LLC
Georgia State Bar: 033840
3550 Engineering Dr., Ste. 260
Peachtree Corners, GA 30092
Telephone: 404.474.7149
mbaker@mtglaw.com
COUNSEL FOR DEFENDANTS UNITED ASSET MANAGEMENT, LLC AND FCI LENDER SERVICES, INC.

## CERTIFICATION PURSUANT TO LR 7.1(D)

I hereby certify that this Response in Opposition to Plaintiff's Motion for

TRO complies with Local Rule LR 7.1(D) and is in Times New Roman 14-

point type.

/s/ *Mark A. Baker*
Mark A. Baker, Esq.
MCMICHAEL TAYLOR GRAY, LLC
Georgia State Bar: 033840
3550 Engineering Dr., Ste. 260
Peachtree Corners, GA 30092
Telephone: 404.474.7149
mbaker@mtglaw.com
*COUNSEL FOR DEFENDANTS UNITED
ASSET MANAGEMENT, LLC AND FCI
LENDER SERVICES, INC.*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **MARY KUMI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL  ACTION** |
| **vs.** | ) | **FILE NO._____** |
| | ) | |
| **UNITED  ASSET  MANAGEMENT, LLC** | ) | |
| **and FCI LENDER SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## Certificate of Service

I hereby certify that I have on the date below served Defendants with a copy
of Defendants' Response in Opposition to Plaintiff's Motion for TRO and
supporting documents by sending them to its foreclosure counsel by email as
follows:

jrscott@atlantalegalaid.org
jrentenbach@atlantalegalaid.org

Respectfully submitted this 5th day of December, 2021.

/s/ *Mark A. Baker*
Mark A. Baker, Esq.
McMichael Taylor Gray, LLC
Georgia State Bar: 033840

13

3550 Engineering Dr., Ste. 260
Peachtree Corners, GA 30092
Telephone: 404.474.7149
mbaker@mtglaw.com
*COUNSEL FOR DEFENDANTS
UNITED ASSET MANAGEMENT,
LLC AND FCI LENDER SERVICES,
INC.*

# EXHIBIT A



Senior Citizens Law Project • 54 Ellis St. • Atlanta, Georgia 30303 • 404-524-5811

November 17, 2021

*Via Certified Mail, Return Receipt No. 7019 1120 0002 3338 6138
and Fax (714-282-5775)*

FCI Lender Services
Attn. Consumer Requests
P.O. Box 27370
Anaheim, CA 92809-0112

>       Re:     Mary Kumi
>               4839 Lily Stem Dr., Auburn, GA 30011
>               Account No. 9160063604
>               ***Qualified Written Request: Notice of Error and Request for Information and
>               Request for Verification of Debt pursuant to the Fair Debt Collection Practices Act***

To Whom It May Concern:

I write on behalf of my client, Mary Kumi, concerning the pending foreclosure sale scheduled
for December 7, 2021 on the above referenced loan, and the disputed balance FCI Lender
Services ("FCI") and the investor, United Asset Management, LLC ("UAM"), is claiming to be
due on the loan account. This is a Qualified Written Request ("QWR") under the Real Estate
Settlement Procedures Act, 12 U.S.C. § 2605(e) and Section 1024.35 and 1024.36 of its
implementing regulation "X" (12 C.F.R. § 1024.35 and 1024.36). A third party authorization
form signed by Ms. Kumi is enclosed.

For the reasons discussed in further detail below, the foreclosure and balance claimed due are
wrongful. I hereby request that the sale be stopped in order for the correct balance of the loan to
be verified and for Ms. Kumi to be offered a loan modification based on the correct loan balance.

### *Factual Background*

Ms. Kumi is a 63-year-old homeowner, who purchased her home 16 years ago with a first and
second mortgage. The original lender, IndyMac was known for making predatory mortgages
with the intent to foreclose (and subsequently failed and went through FDIC receivership). Ms.
Kumi's loan was no exception. The second mortgage, on which FCI and UAM now seek to
foreclose, had an original loan amount of $43,836, but only $6,807.20 of that amount was
scheduled to be paid over the loan term, with a remaining a balloon payment of $37,028.87 due
at the end of the loan. Thus, if Ms. Kumi was unable to refinance 15 years after the loan was
made, the loan was built to result in foreclosure.

In 2010, during the economic depression, Ms. Kumi could no longer afford the exorbitant
payments on her first and second mortgage. She was ultimately able to obtain an affordable loan
modification on the first mortgage in 2013. But after her second mortgage was charged off, she
did not receive any further statements or any other correspondence about the loan. For at least

ten years, she did not know who owned the loan, where to send payments, or how much to pay, and thought the loan had essentially disappeared. Ms. Kumi has remained current on her first mortgage since obtaining the affordable loan modification in 2013, and would have paid her second mortgage if anyone had communicated with her about the account.

In or around May 2021, Ms. Kumi suddenly started receiving correspondence from FCI and UAM about the second mortgage. In addition to the principal balance claimed of $45,089.90, it appears that FCI and UAM are also demanding payment of more than $40,000 in interest, accruing at the rate of 8.5% for the past 11 years, most of which time Ms. Kumi was not receiving any correspondence about the loan.

Ms. Kumi communicated with FCI and UAM to express her desire to start making monthly payments on the principal balance of the loan, and requested removal of the improper interest for the extended period of time when no one was communicating with her about the account. UAM/FCI agreed to offer a loan modification; however this proposed modification was based on the improperly-inflated balance. Ms. Kumi would have agreed to the loan modification if the unauthorized interest and fees had been removed. However, UAM/FCI refused to remove the interest and fees that have been improperly charged to the loan, and instead commenced the instant foreclosure of the property, in violation of federal and state law.

## NOTICE OF ERROR

### Error No. 1: Improper charging of interest for time periods when no periodic mortgage statements or other required notices were being sent concerning the loan.

FCI and UAM are not entitled to retroactively demand strict compliance on the payment terms for periods of time when no lender or servicer was communicating with Ms. Kumi about the loan. Under O.C.G.A. § 13-4-23, where, as here, "the nonperformance of a party to a contract is caused by the conduct of the opposite party, such conduct shall excuse the other party from performance." Because no correspondence was being provided to Ms. Kumi to notify her as to where payments should be sent or the amount of the payment, this conduct caused Ms. Kumi not to be able to make payments on the loan, or pursue other options she might have had with regard to the loan, and excuses her from performance on the loan during such time period. Following a mutual departure from the contract such as this, FCI and UAM may now demand payments going forward, but are not entitled to interest and fees retroactively during the extended period when no statements or correspondence were being sent.

Furthermore, the Truth in Lending Act (TILA), and the Real Estate Settlement Procedures Act (RESPA) impose requirements and standards that investors and servicers must follow in providing required notices to mortgage borrowers. These requirements were not met in the handling of Ms. Kumi's account.

TILA places an affirmative duty on the "creditor, assignee, or servicer" of a residential mortgage loan to provide periodic statements to the borrower, for each billing cycle, containing specified, detailed information regarding amounts owing under the mortgage loan. *See* U.S.C. § 1638(f)

and implementing Regulation Z, 12 C.F.R. § 1026.41.[1]  There is an exemption from the periodic statement requirement for loans that have been charged off, provided that no additional fees or interest will be charged on the account. § 1026.41(e)(6). Ms. Kumi did not receive a periodic statement for her second mortgage loan from either the creditor, assignee, or servicer of the loan, *for an approximately ten year time period*, and it was not permitted for any interest or fees to be charged during that time.

When a loan is sold, assigned, or transferred, TILA, 12 C.F.R. § 1026.39 also requires that the new owner of the loan provide notice to the borrower within 30 days of the assignment. Similarly, when the servicing of a mortgage loan is transferred, RESPA, 12 C.F.R. § 1024.33 requires that the transferor and transferee servicers must each send notice at least 15 days before and no more than 15 days after the servicing transfer, respectively. Prior to the welcome letters from FCI and UAM, Ms. Kumi had not received any such transfer of ownership or transfer of servicing notices concerning the second mortgage. She did not know where the loan had gone or where she should be sending payments.

For violations of TILA and RESPA a borrower is entitled to recover actual damages, statutory damages, and attorneys' fees.  Ms. Kumi's actual damages include the accrued interest and fees she is now being charged for the time period when neither the lender(s) nor the servicer(s) of her second mortgage loan sent statements or notices despite being required to do so under federal law. Her damages also include significant emotional distress from suddenly receiving statements and payoff demands for over $40,000 in retroactive interest and fees, after having received no correspondence about the loan for such an extended period of time, and then being scheduled for foreclosure of her home and loss of her equity in order to collect on the over-inflated balance being claimed.

**Error No. 2: Wrongful Foreclosure - Improper Acceleration Demand**

Prior to initiating foreclosure, FCI and UAM were required to send a proper acceleration notice under the security deed. This requirement was not satisfied here because the amount demanded improperly included the unauthorized interest and fees discussed above.

Furthermore, proceeding with the foreclosure sale on such an improper and unauthorized loan balance would be wrongful, and in violation of the obligation to exercise the power of sale in good faith as required by O.C.G.A. § 23-2-114.

**Error No. 3: False, deceptive, and misleading representations in violation of the Fair Debt Collection Practices Act.**

FCI is a "debt collector" as defined by the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692a(6). The FDCPA prohibits a debt collector from using any false, deceptive, or

---

[1] The CFPB official interpretation of 12 CFR § 1026.41(a) states that:

"The periodic statement requirement in § 1026.41 applies to the 'creditor, assignee, or servicer as applicable.'  The creditor, assignee, and servicer are all subject to this requirement ….., but only one statement must be sent to the consumer each billing cycle.  When two or more parties are subject to this requirement, they may decide among themselves which of them will send the statement."

misleading representation or means in connection with the collection of a debt. 15 U.S.C. § 1692e.  Asserting that accrued interest is owed for a 10 year time period when neither the servicer(s) nor lender(s) were sending statements or notices to Ms. Kumi, in violation of the express requirements of TILA and RESPA, is an inherently deceptive and misleading representation that violates both the general standard of 15 U.S.C. § 1692e and also the specific provision of 15 U.S.C. § 1692e(10) prohibiting the use of deceptive means to attempt to collect a debt. FCI and the foreclosing law firm may be liable to Ms. Kumi for actual and statutory damages, as well as attorneys' fees, for these violations of the FDCPA.

Section 1692g(b) of the FDCPA requires that FCI cease all collection activity until such written verification of the debt has been provided to Ms. Kumi.  The scheduled foreclosure sale cannot proceed prior to sufficient written verification being provided (including the documents requested below).

**Error No. 4: Violation of the Georgia Fair Business Practices Act**

The conduct by FCI and UAM described above is both unfair and deceptive. Attempting to collect interest for a period of at least ten years when Ms. Kumi did not receive any periodic mortgage statement from either the servicer or lender for her second mortgage loan, nor any other communication from the servicer or lender of her loan, is inherently both unfair and deceptive.  Had Ms. Kumi been provided with periodic statements and notices for her second mortgage loan during that ten year timeframe, she could have made monthly payments on her second mortgage loan as those payments came due, pursued loss mitigation, or otherwise pursued legal rights concerning the account, and she would not now be faced with an asserted arrearage of over $50,000, and a total payoff of over $90,000 on an actual principal balance of approximately $45,000.  FCI and UAM's unfair and deceptive conduct entitles Ms. Kumi to seek her actual damages, treble damages, and attorneys' fees under the Georgia Fair Business Practices Act, O.C.G.A. § 10-1-390 et seq.

**Proposed Error Resolution:**

In order to resolve this matter, FCI should immediately:

1) Stop the foreclosure sale scheduled for December 7, 2021;

2) Verify the balance actually due, including determining the periods for which monthly statements were sent and the ownership & servicing notices were provided to Ms. Kumi, and eliminating interest and fees for any period of time during which there is no evidence the required statements and notices were sent; and

3) Allow Ms. Kumi to enter into a loan modification based on the corrected balance amount (without interest or fees during periods when no statements or other notices were being sent), and in an affordable payment amount of $250-$300 per month. Ms. Kumi has maintained good standing on her first mortgage, and is ready and willing to commence making payments on this loan in order to satisfy the amount validly owed.

***REQUEST FOR INFORMATION UNDER RESPA***
***& FOR VERIFICATION OF THE DEBT UNDER THE FDCPA***

Ms. Kumi hereby requests the following information related to the servicing of her mortgage loan, and in verification of the amount of the debt FCI claims to be due:

     1)    A copy of the promissory note for Ms. Kumi's second mortgage loan, and a copy of any loan modification agreement (if applicable);

     2)    A complete payment and transaction history from the origination of the loan to the present;

     3)    Copies of periodic mortgage statements sent to Ms. Kumi during any period of time from 2010 to the present in which interest or fees have been charged to the loan; and

     4)    Copies of all notices sent to Ms. Kumi concerning transfer of ownership of the loan or transfer of the servicing of the loan.

Thank you for your prompt attention to this Qualified Written Request. Your response may be submitted to my attention by mail, fax, or email (jrscott@atlantalegalaid.org) within the time required by RESPA. If you have any questions, please contact me at 404-614-3986.

Sincerely,

J. Rachel Scott
Attorney

Enclosure

5



# Legal Aid
Atlanta

## Authorization of Release of Information

| | |
|---|---|
| **Name** | Mary Kumi |
| **Property Address** | 4839 Lily Stem Dr. Auburn, GA 30011 |
| **SSN** | xxx-xx-6643 |

I authorize **Atlanta Legal Aid Society, Inc.**'s staff

➤ To communicate with ___FCI Lender Services___ on my behalf regarding ___Account No. 9160063604___ and to obtain copies of any and all records, documents, or information they may request.

➤ To communicate with ___United Asset Management, LLC___ on my behalf regarding ___FCI Account No. 9160063604___ and to obtain copies of any and all records, documents, or information they may request.

➤ To communicate with ___McMichael Taylor Gray, LLC___ on my behalf regarding ___File No. GA2021-01458___ and to obtain copies of any and all records, documents, or information they may request.


_____
Mary Kumi

_11/16/21_
Date

**Contact Info**:
J. Rachel Scott
Staff Attorney
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, GA 30303
Direct # (404) 614-3986
Fax # (404) 525-5710
Email: jrscott@atlantalegalaid.org

Nadine L. Lang
Senior Paralegal/Housing Counselor
Atlanta Legal Aid Society
54 Ellis Street NE
Atlanta, GA 30303
Direct # (404) 614-3991
Fax # (404) 525-5710
Email: nllang@atlantalegalaid.org

# EXHIBIT B

1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to big notes from Experian.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to Extra Data (AD) section from Experian.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to Extra Data (PH) section from Experian.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to Extra Data (SS) section from Experian.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to Extra Data (NA) section from Experian.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Employer name and address update from Experian.
1121709,1/22/2013 1:33 AM,+++++,,+++++,,Status Changed  |  NEW | SCI
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Experian scrub process completed.
1121709,1/22/2013 1:33 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added for primary debtor's credit score from Experian.
1121709,1/22/2013 5:01 AM,GEXCH,,UPDATE,,Old Phone updated -
1121709,1/22/2013 5:01 AM,PHONE,,CHNG,,Debtor(1) Home Phone:    to  7706149732
1121709,1/22/2013 2:14 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Document 'R016 - FDCPA Validation - Non DEF Non Citi Welcome Letter' Prepared
1121709,1/22/2013 2:14 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Document 'R016 - FDCPA Validation - Non DEF Non Citi Welcome Letter' Prepared
1121709,1/23/2013 7:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Mailed receipt recieved for WLNDEFNC letter on 01/23/2013.
1121709,1/25/2013 5:23 PM,DESK,,CHNG,,Desk Changed from 0000000 to 0000022
1121709,1/28/2013 8:55 AM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually dialed phone number: (770) 614-9732
1121709,1/28/2013 8:55 AM,DIAL,DIALER CALL,NA,NO ANSWER,7706149732 - 0:15 - call blocked
1121709,1/28/2013 8:56 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:30 -
1121709,1/28/2013 8:57 AM,DIAL,DIALER CALL,TD,TEMPORARILY DISCONNECTED,7706828023 - 0:18 -
1121709,1/28/2013 8:57 AM,+++++,,+++++,,Status Changed  |  SCI | ACT
1121709,1/28/2013 8:57 AM,+++++,,+++++,,"Followup Set For | 1/31/2013, Anytime"
1121709,1/30/2013 9:00 AM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually dialed phone number: (770) 614-9732
1121709,1/30/2013 9:00 AM,DIAL,DIALER CALL,TD,TEMPORARILY DISCONNECTED,7706149732 - 0:07 -
1121709,1/30/2013 9:00 AM,+++++,,+++++,,"Home (770) 614-9732 for debtor(1) 'KUMI, MARY' status changed from Unknown to Bad"
1121709,1/30/2013 9:01 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:26 -
1121709,1/31/2013 5:02 AM,GEXCH,,UPDATE,,Old Phone updated -
1121709,1/31/2013 5:02 AM,PHONE,,CHNG,,Debtor(1) Home Phone:    to  6783614230
1121709,2/4/2013 8:57 AM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually dialed phone number: (678) 361-4230
1121709,2/4/2013 8:58 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:25 -
1121709,2/4/2013 8:58 AM,DIAL,DIALER CALL,TD,TEMPORARILY DISCONNECTED,7706149732 - 0:08 -
1121709,2/5/2013 11:02 AM,+++++,,+++++,,Paid Us 62.64

1121709,2/9/2013 2:50 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/11/2013 5:51 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,2/11/2013 5:53 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:55 -
1121709,2/12/2013 12:09 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:20 -
1121709,2/13/2013 7:39 AM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,2/13/2013 7:39 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:30 -
1121709,2/13/2013 6:49 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/15/2013 11:03 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[Success] | FINISHCODE:[Message 1 -
Answering Machine] | CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/20/2013 12:10 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/21/2013 5:12 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:16 -
1121709,2/26/2013 12:07 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/26/2013 2:30 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,2/27/2013 11:34 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/6/2013 12:04 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/6/2013 12:14 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/7/2013 6:47 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/9/2013 12:05 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/9/2013 1:37 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/13/2013 6:31 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/15/2013 10:24 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |

CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/20/2013 12:07 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/20/2013 2:56 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/26/2013 11:40 AM,DESK,,CHNG,,Desk Changed from 0000022 to 0000020
1121709,3/26/2013 12:14 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/26/2013 12:17 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_022_New_Loans]
1121709,3/27/2013 5:54 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,3/27/2013 5:57 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
2:25 -
1121709,3/28/2013 3:12 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,3/28/2013 3:13 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 1:00 -
msg left recently
1121709,3/29/2013 8:26 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/2/2013 7:24 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/3/2013 4:14 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Document 'R005 -
WE CARE NON CITI' Prepared
1121709,4/4/2013 4:12 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/8/2013 6:42 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/10/2013 5:56 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/12/2013 2:20 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,4/12/2013 2:21 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:52 -
1121709,4/16/2013 2:16 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/19/2013 4:09 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/22/2013 5:37 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT

ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/26/2013 5:28 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/30/2013 3:42 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/2/2013 3:35 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/6/2013 4:55 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/8/2013 3:54 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/10/2013 1:47 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Document 'R097 -
12 Month Settlement Offer - Non Citi' Prepared
1121709,5/14/2013 12:19 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/17/2013 2:32 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/20/2013 4:59 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/24/2013 2:52 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/28/2013 3:18 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/30/2013 1:02 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/3/2013 3:17 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/5/2013 3:33 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/11/2013 8:14 AM,+++++,,+++++,,"Followup Set For | 6/14/2013, Anytime"
1121709,6/11/2013 8:14 AM,+++++,,+++++,,"Followup Set For | 6/18/2013, Anytime"
1121709,6/11/2013 8:15 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 2:36 -
1121709,6/11/2013 8:16 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,correction  1mam abv
1121709,6/13/2013 11:57 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Document 'R005
- WE CARE NON CITI' Prepared
1121709,6/21/2013 4:52 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT

ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/26/2013 9:33 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/28/2013 5:01 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/1/2013 6:51 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/6/2013 12:43 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/9/2013 3:17 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/12/2013 7:06 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/19/2013 2:30 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/25/2013 12:33 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/3/2013 1:01 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/6/2013 9:24 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/12/2013 5:04 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/20/2013 12:14 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/22/2013 1:50 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,8/28/2013 7:32 AM,+++++,,+++++,,"Followup Set For | 8/30/2013, Anytime"
1121709,8/28/2013 7:32 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 2:19 -
1121709,9/3/2013 12:32 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoLines] | FINISHCODE:[No IP Response]
| CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/3/2013 2:36 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoLines] | FINISHCODE:[No IP Response]
| CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/3/2013 4:35 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT

ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/6/2013 1:03 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/9/2013 12:40 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/12/2013 12:46 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/16/2013 12:50 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,9/25/2013 12:05 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/2/2013 8:30 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/4/2013 2:14 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/10/2013 1:29 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/15/2013 4:20 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/21/2013 2:06 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/24/2013 8:57 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/29/2013 2:45 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,10/31/2013 2:45 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/7/2013 7:05 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Big notes updated with
data from Experian.
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (AD) section
updated with data from Experian.
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,New data added to Extra
Data (PH) section from Experian.

1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (SS) updated with data from Experian.
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (NA) updated with data from Experian.
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Employer name and address update from Experian.
1121709,11/7/2013 2:31 PM,+++++,,+++++,,Status Changed   |   ACT | SCI
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Experian scrub process completed.
1121709,11/7/2013 2:31 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Primary debtor's credit score updated from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Big notes updated with data from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (AD) section updated with data from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (PH) updated with data from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (SS) updated with data from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (NA) updated with data from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Employer name and address update from Experian.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Experian scrub process completed.
1121709,11/8/2013 1:19 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Primary debtor's credit score updated from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Big notes updated with data from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (AD) section updated with data from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (PH) updated with data from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (SS) updated with data from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (NA) updated with data from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Employer name and address update from Experian.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Experian scrub process completed.
1121709,11/9/2013 4:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Primary debtor's credit score updated from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Big notes updated with data from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (AD) section updated with data from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (PH) updated with data from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (SS) updated

with data from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Extra Data (NA) updated
with data from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Employer name and address
update from Experian.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Experian scrub process
completed.
1121709,11/10/2013 5:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Primary debtor's credit
score updated from Experian.
1121709,11/14/2013 9:15 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/15/2013 7:47 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/18/2013 10:24 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/20/2013 10:36 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/22/2013 8:34 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/25/2013 7:56 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/27/2013 7:54 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,11/29/2013 1:27 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/2/2013 9:19 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/4/2013 8:39 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/9/2013 5:32 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/10/2013 7:51 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/13/2013 10:03 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/16/2013 6:10 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |

CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/17/2013 3:41 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/18/2013 9:11 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/19/2013 2:49 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/20/2013 1:19 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/23/2013 8:50 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/26/2013 8:43 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/27/2013 2:57 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/30/2013 8:42 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,12/31/2013 1:44 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/2/2014 8:11 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/3/2014 9:38 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/7/2014 10:30 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/9/2014 11:53 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/10/2014 7:43 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/13/2014 7:54 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/13/2014 12:54 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/15/2014 1:55 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT

ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/16/2014 3:25 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[System Hang Up] | FINISHCODE:[System
Hang Up] | CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/17/2014 1:57 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/22/2014 6:56 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/24/2014 8:41 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/27/2014 7:58 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/28/2014 4:49 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/30/2014 8:16 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,1/31/2014 8:51 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/3/2014 2:06 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[Machine] | FINISHCODE:[System Hang up
on Machine] | CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/5/2014 12:42 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/6/2014 2:08 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/7/2014 9:40 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/11/2014 9:22 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/13/2014 7:43 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/14/2014 8:03 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/19/2014 7:45 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]

1121709,2/20/2014 7:08 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/21/2014 4:32 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,"I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[SIT Callable] | FINISHCODE:[Protocol
Error, Unspecified (ISDN Cause Code 111)] | CAMPAIGN:[SRG_OB_M_020_High_NPA]"
1121709,2/24/2014 12:05 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/26/2014 9:08 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[Machine] | FINISHCODE:[System Hang up
on Machine] | CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,2/28/2014 10:12 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/3/2014 2:14 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/6/2014 1:10 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/12/2014 8:00 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/14/2014 7:51 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/18/2014 8:00 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/20/2014 7:40 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/24/2014 8:29 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/26/2014 1:46 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/27/2014 7:45 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/28/2014 9:49 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,3/31/2014 9:30 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/3/2014 9:27 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |

CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/5/2014 7:19 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/7/2014 7:36 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/9/2014 7:29 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/11/2014 7:46 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/14/2014 7:46 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/16/2014 6:50 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/17/2014 2:40 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/21/2014 8:04 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/23/2014 7:11 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/28/2014 7:28 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,4/30/2014 11:23 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/1/2014 1:40 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,5/1/2014 1:42 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:42 -
1121709,5/6/2014 12:06 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,5/6/2014 12:06 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:42 -
1121709,5/6/2014 6:50 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,WE CARE 50%
1121709,5/7/2014 7:03 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/13/2014 7:16 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/16/2014 1:49 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |

```
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/19/2014 6:23 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,5/22/2014 8:21 AM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,5/22/2014 8:22 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:03 -
1121709,5/29/2014 1:34 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/2/2014 8:59 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoLines] | FINISHCODE:[NoLines] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/6/2014 2:32 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/10/2014 8:43 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/13/2014 8:49 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/14/2014 10:31 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/18/2014 4:49 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/20/2014 6:36 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/24/2014 12:01 PM,MNUAL,MANUAL CALL,DIAL,DIAL for I3 MNUAL Action,Manually
dialed phone number: (678) 361-4230
1121709,6/24/2014 12:02 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:30 - left msg on recorder
1121709,6/24/2014 1:40 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,6/27/2014 5:55 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[SRG_OB_M_020_High_NPA]
1121709,7/1/2014 5:31 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/8/2014 8:53 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/14/2014 9:11 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
```

CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/22/2014 2:22 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/23/2014 8:40 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/25/2014 4:54 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/28/2014 3:08 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[Machine] | FINISHCODE:[System Hang up
on Machine] | CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,7/30/2014 1:15 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/4/2014 2:06 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/8/2014 12:30 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/12/2014 1:54 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[Machine] | FINISHCODE:[System Hang up
on Machine] | CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/15/2014 8:47 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/19/2014 1:37 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/22/2014 9:09 AM,DESK,,CHNG,,Desk Changed from 0000020 to 0000019
1121709,8/22/2014 9:19 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,8/23/2014 5:27 AM,DESK,,CHNG,,Desk Changed from 0000019 to 0000020
1121709,8/29/2014 7:21 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/2/2014 1:11 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/3/2014 4:06 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/5/2014 12:34 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/9/2014 7:51 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |

CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/11/2014 7:56 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/15/2014 8:12 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/18/2014 7:53 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/22/2014 9:47 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/25/2014 8:39 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,9/29/2014 9:16 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/7/2014 7:41 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/14/2014 8:03 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/17/2014 8:22 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/20/2014 8:28 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/21/2014 12:50 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/23/2014 1:47 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,10/27/2014 2:01 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 10/27/2014.
1121709,10/28/2014 12:12 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,10/31/2014 9:32 AM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,11/3/2014 2:05 PM,DIAL,DIALER CALL,CO,COMMENT ONLY,I3 DIALER CONTACT
ATTEMPT...PHONENUMBER:[6783614230] | REASON:[NoAnswer] | FINISHCODE:[NoAnswer] |
CAMPAIGN:[REC_OB_M_020_High_NPA]
1121709,11/5/2014 3:56 AM,DESK,,CHNG,,"Desk Changed From 0000020 to 0000400, "
1121709,11/5/2014 3:56 AM,DESK,,CHNG,,"Desk Changed From 0000020 to 0000400, "
1121709,11/5/2014 3:56 AM,DESK,,CHNG,,"Desk Changed From 0000020 to 0000400, "

1121709,11/5/2014 3:56 AM,DESK,,CHNG,,"Desk Changed From 0000020 to 0000400, "
1121709,11/5/2014 3:56 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Phone number [6783614230]
removed from home field for debtor [1].
1121709,11/5/2014 3:56 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Cell phone [6783614230]
added.
1121709,11/5/2014 3:56 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Status Changed | ACT | SLC
1121709,11/5/2014 3:56 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,Cell phone [6783614230]
received. Status and/or desk changed.
1121709,11/5/2014 3:16 PM,DESK,,CHNG,,Desk Changed From 0000400 to 0000020 as a
result of ServiceDesk ticket #38887.
1121709,11/10/2014 9:21 PM,+++++,,+++++,,Status Changed | SLC | ACT
1121709,11/10/2014 9:28 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Ticket 38970 - status
Changed | SLC | ACT.
1121709,11/22/2014 1:40 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,12/1/2014 9:20 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 11/26/2014.
1121709,12/1/2014 11:33 AM,+++++,,+++++,,Status Changed   |  ACT | SLC
1121709,12/1/2014 11:33 AM,DESK,,CHNG,,Desk Changed from 0000020 to 0000039
1121709,12/12/2014 8:17 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,12/12/2014 8:18 AM,+++++,,+++++,,"Followup Set For | 12/17/2014, Anytime"
1121709,12/22/2014 1:14 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,12/24/2014 8:21 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 12/23/2014.
1121709,1/14/2015 8:18 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,1/14/2015 8:18 AM,+++++,,+++++,,"Followup Set For | 1/21/2015, Anytime"
1121709,1/20/2015 11:50 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,1/22/2015 2:01 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,1/27/2015 10:00 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 01/26/2015.
1121709,2/19/2015 2:28 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,2/20/2015 9:41 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 02/19/2015.
1121709,2/25/2015 9:02 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,2/25/2015 9:03 AM,+++++,,+++++,,"Followup Set For | 3/1/2015, Anytime"
1121709,3/3/2015 7:19 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,3/3/2015 7:20 AM,+++++,,+++++,,"Followup Set For | 3/8/2015, Anytime"
1121709,3/6/2015 8:03 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,3/10/2015 7:21 AM,MNUAL,MANUAL CALL,LR,LEFT MESS ON RECORDER ,6783614230
1121709,3/10/2015 7:22 AM,+++++,,+++++,,"Followup Set For | 3/15/2015, Anytime"
1121709,3/24/2015 3:17 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,3/24/2015 1:29 PM,DESK,,CHNG,,Desk Changed from 0000039 to 0000023
1121709,3/25/2015 8:41 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 03/25/2015.
1121709,3/25/2015 9:08 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:00 -

1121709,3/25/2015 9:08 AM,+++++,,+++++,,"Followup Set For | 3/28/2015, Anytime"
1121709,4/1/2015 9:08 AM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 0:49 - vm
full
1121709,4/1/2015 9:08 AM,+++++,,+++++,,"Followup Set For | 4/4/2015, Anytime"
1121709,4/6/2015 4:38 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:03 -
1121709,4/6/2015 4:38 PM,+++++,,+++++,,"Followup Set For | 4/11/2015, Anytime"
1121709,4/13/2015 3:58 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:56 -
1121709,4/13/2015 3:58 PM,+++++,,+++++,,"Followup Set For | 4/18/2015, Anytime"
1121709,4/17/2015 6:22 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:47 -
1121709,4/17/2015 6:23 PM,+++++,,+++++,,"Followup Set For | 4/22/2015, Anytime"
1121709,4/21/2015 2:41 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,4/22/2015 10:05 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:00 -
1121709,4/22/2015 10:05 AM,+++++,,+++++,,"Followup Set For | 4/27/2015, Anytime"
1121709,4/23/2015 8:20 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 04/22/2015.
1121709,4/28/2015 4:55 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 0:41 -
1121709,4/28/2015 4:55 PM,+++++,,+++++,,"Followup Set For | 5/3/2015, Anytime"
1121709,5/4/2015 7:36 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 2:00 -
1121709,5/4/2015 7:36 PM,+++++,,+++++,,"Followup Set For | 5/9/2015, Anytime"
1121709,5/8/2015 4:29 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:37 -
1121709,5/8/2015 4:29 PM,+++++,,+++++,,"Followup Set For | 5/13/2015, Anytime"
1121709,5/15/2015 10:15 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,AD Address was a
duplicate of Debtor Address.  Deleted AD Address.  Prior Values:  Street1 - 4839
LILY STEM DR.  Street 2 - .  City - AUBURN.  State - GA.  Zip - 300112144
1121709,5/18/2015 6:35 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 0:43 -
1121709,5/18/2015 6:35 PM,+++++,,+++++,,"Followup Set For | 5/23/2015, Anytime"
1121709,5/22/2015 3:25 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,5/26/2015 11:40 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 05/26/2015.
1121709,5/27/2015 12:54 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:24 -
1121709,5/27/2015 12:54 PM,+++++,,+++++,,"Followup Set For | 6/1/2015, Anytime"
1121709,6/4/2015 7:19 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:30 -
1121709,6/4/2015 7:19 PM,+++++,,+++++,,"Followup Set For | 6/9/2015, Anytime"
1121709,6/29/2015 7:15 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:45 -
1121709,6/29/2015 7:15 PM,+++++,,+++++,,"Followup Set For | 7/3/2015, Anytime"
1121709,7/1/2015 5:16 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,7/6/2015 7:47 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 07/03/2015.
1121709,7/8/2015 9:27 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:27 -
1121709,7/8/2015 9:29 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 1:16 -
1121709,7/8/2015 9:33 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
2:03 -

1121709,7/8/2015 9:34 AM,+++++,,+++++,,"Followup Set For | 7/12/2015, Anytime"
1121709,7/14/2015 4:17 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 0:41 -
1121709,7/14/2015 4:17 PM,+++++,,+++++,,"Followup Set For | 7/19/2015, Anytime"
1121709,7/22/2015 2:57 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,7/22/2015 8:07 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:04 -
1121709,7/22/2015 8:38 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:39 -
1121709,7/22/2015 8:39 AM,+++++,,+++++,,"Followup Set For | 7/26/2015, Anytime"
1121709,7/24/2015 7:41 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
mailed by vendor (IMS) on 07/23/2015.
1121709,7/29/2015 8:15 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:56 -
1121709,7/29/2015 8:26 AM,+++++,,+++++,,"Followup Set For | 8/1/2015, Anytime"
1121709,8/5/2015 7:32 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
2:02 -
1121709,8/5/2015 7:32 AM,+++++,,+++++,,"Followup Set For | 8/9/2015, Anytime"
1121709,8/12/2015 8:44 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:56 -
1121709,8/12/2015 8:44 AM,+++++,,+++++,,"Followup Set For | 8/16/2015, Anytime"
1121709,8/24/2015 3:21 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500)
sent to vendor (IMS) for printing.
1121709,8/25/2015 3:20 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:49 -
1121709,8/25/2015 3:20 PM,+++++,,+++++,,"Followup Set For | 8/29/2015, Anytime"
1121709,8/31/2015 1:06 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:58 -
1121709,8/31/2015 1:06 PM,+++++,,+++++,,"Followup Set For | 9/3/2015, Anytime"
1121709,9/4/2015 8:48 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:15 -
1121709,9/4/2015 8:50 AM,+++++,,+++++,,"Followup Set For | 9/8/2015, Anytime"
1121709,9/4/2015 11:01 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 08/25/2015.
1121709,9/11/2015 2:39 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:03 -
1121709,9/11/2015 2:39 PM,+++++,,+++++,,"Followup Set For | 9/14/2015, Anytime"
1121709,9/16/2015 3:44 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 1:57 -
1121709,9/16/2015 3:44 PM,+++++,,+++++,,"Followup Set For | 9/19/2015, Anytime"
1121709,9/21/2015 4:09 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,9/23/2015 1:00 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 09/23/2015.
1121709,9/26/2015 10:52 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:25 -
1121709,9/26/2015 10:52 AM,+++++,,+++++,,"Followup Set For | 9/30/2015, Anytime"
1121709,10/7/2015 9:18 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:55 -
1121709,10/7/2015 9:18 AM,+++++,,+++++,,"Followup Set For | 10/12/2015, Anytime"
1121709,10/19/2015 12:10 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -

1:20 -
1121709,10/19/2015 12:11 PM,DIAL,DIALER CALL,NM,NO MESSAGE LEFT,6783614230 - 0:20 -
1121709,10/19/2015 12:12 PM,+++++,,+++++,,"Followup Set For | 10/22/2015, Anytime"
1121709,10/22/2015 4:08 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,10/26/2015 11:40 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 10/23/2015.
1121709,10/26/2015 2:04 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:49 -
1121709,10/26/2015 2:04 PM,+++++,,+++++,,"Followup Set For | 10/29/2015, Anytime"
1121709,11/3/2015 9:11 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:02 -
1121709,11/3/2015 9:12 AM,+++++,,+++++,,"Followup Set For | 11/6/2015, Anytime"
1121709,11/10/2015 11:22 AM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:43 -
1121709,11/10/2015 11:23 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:45 -
1121709,11/10/2015 11:24 AM,+++++,,+++++,,"Followup Set For | 11/14/2015, Anytime"
1121709,11/17/2015 1:14 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:58 -
1121709,11/17/2015 1:14 PM,+++++,,+++++,,"Followup Set For | 11/21/2015, Anytime"
1121709,11/20/2015 7:30 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/21/2015 5:55 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,11/23/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/25/2015 12:40 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 11/24/2015.
1121709,11/30/2015 11:27 AM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
2:10 -
1121709,11/30/2015 11:33 AM,+++++,,+++++,,"Followup Set For | 12/3/2015, Anytime"
1121709,12/1/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/7/2015 12:02 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:48 -
1121709,12/7/2015 12:02 PM,+++++,,+++++,,"Followup Set For | 12/11/2015, Anytime"
1121709,12/7/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/10/2015 1:34 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
2:51 -
1121709,12/10/2015 1:34 PM,+++++,,+++++,,"Followup Set For | 12/13/2015, Anytime"
1121709,12/15/2015 5:24 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
0:57 -
1121709,12/15/2015 5:24 PM,+++++,,+++++,,"Followup Set For | 12/19/2015, Anytime"
1121709,12/17/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/21/2015 1:31 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:47 -
1121709,12/21/2015 1:32 PM,+++++,,+++++,,"Followup Set For | 12/25/2015, Anytime"
1121709,12/21/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.

1121709,12/22/2015 5:54 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,12/28/2015 10:41 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 12/24/2015.
1121709,12/28/2015 3:10 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 - 1:18 -
1121709,12/28/2015 3:10 PM,+++++,,+++++,,"Followup Set For | 1/1/2016, Anytime"
1121709,12/28/2015 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/31/2015 1:44 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 - 1:03 -
1121709,12/31/2015 1:44 PM,SC,Supervisor Call,704,,pleae remove from my desk 23
1121709,12/31/2015 1:46 PM,+++++,,+++++,,"Followup Set For | 1/7/2016, Anytime"
1121709,12/31/2015 3:14 PM,DESK,,CHNG,,Desk Changed from 0000023 to 0000020
1121709,12/31/2015 3:14 PM,SC,Supervisor Call,704,,Completed
1121709,1/5/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/13/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/19/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/22/2016 3:32 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,1/26/2016 9:01 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 01/25/2016.
1121709,1/26/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/2/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/9/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/16/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/22/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/23/2016 1:06 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,2/24/2016 9:42 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 02/24/2016.
1121709,2/29/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/7/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/14/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/21/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/21/2016 11:35 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,3/28/2016 12:21 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -

Recovery Monthly Statement) mailed by vendor (IMS) on 03/23/2016.
1121709,3/28/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/6/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/12/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/18/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/21/2016 6:21 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,4/22/2016 10:20 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 04/22/2016.
1121709,4/25/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/2/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/10/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/16/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/20/2016 12:54 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (S034 -
Yearly Privacy Notice) sent to vendor (IMS) for printing.
1121709,5/21/2016 3:23 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,5/23/2016 12:27 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (S034 -
Yearly Privacy Notice) mailed by vendor (IMS) on 05/23/2016.
1121709,5/24/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/26/2016 9:43 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 05/24/2016.
1121709,5/27/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/6/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/13/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/17/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/21/2016 12:03 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,6/23/2016 11:01 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 06/22/2016.
1121709,6/27/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/1/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/11/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/15/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed

confirmed Not on Active Duty.
1121709,7/21/2016 11:33 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,7/22/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/25/2016 7:30 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 07/22/2016.
1121709,7/29/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/3/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/5/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/12/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/19/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/22/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/23/2016 12:12 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,8/25/2016 7:31 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 08/25/2016.
1121709,9/2/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/2/2016 10:30 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/7/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/9/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/16/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/20/2016 11:39 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,9/22/2016 7:30 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 09/22/2016.
1121709,9/23/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/26/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/29/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/3/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/6/2016 3:20 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,Placed in a holding desk
as hurricane approaches to prevent collections during possible dissaster
1121709,10/7/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/7/2016 10:10 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed

confirmed Not on Active Duty.
1121709,10/10/2016 11:44 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,All clear to resume calls
1121709,10/11/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/14/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/21/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/21/2016 11:44 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,10/26/2016 5:04 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 10/24/2016.
1121709,10/28/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/3/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/7/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/11/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/15/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/20/2016 4:02 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,11/21/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/22/2016 1:15 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 11/22/2016.
1121709,11/23/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/2/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/6/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/9/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/12/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/16/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/20/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/21/2016 11:47 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,12/23/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/27/2016 7:30 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 12/23/2016.
1121709,12/29/2016 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed

confirmed Not on Active Duty.
1121709,1/9/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/13/2017 3:26 PM,DIAL,DIALER CALL,NA,NO ANSWER,6783614230 - 0:35 -
1121709,1/19/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/21/2017 3:27 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,1/26/2017 2:31 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 01/25/2017.
1121709,1/27/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/6/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/10/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/16/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/18/2017 2:20 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,2/24/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/27/2017 1:56 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 02/27/2017.
1121709,3/3/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/9/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/24/2017 12:45 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,3/24/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/31/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/3/2017 3:10 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 04/03/2017.
1121709,4/6/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/13/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/20/2017 10:35 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/22/2017 4:36 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,4/26/2017 7:33 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 -
Recovery Monthly Statement) mailed by vendor (IMS) on 04/24/2017.
1121709,4/27/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/4/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.

1121709,5/11/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,5/18/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,5/24/2017 12:08 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,5/26/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,5/30/2017 7:31 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 05/24/2017.
1121709,6/2/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/8/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/15/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/21/2017 1:19 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) sent to vendor (IMS) for printing.
1121709,6/22/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/26/2017 7:31 PM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Letter (R500 - Recovery Monthly Statement) mailed by vendor (IMS) on 06/22/2017.
1121709,6/29/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/30/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/6/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/13/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/20/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/27/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/4/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/11/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/17/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/25/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/30/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/7/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/14/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/18/2017 3:52 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,*<THIS PROPERTY HAS BEEN IDENTIFIED AS A POSSIBLE DISASTER AREA RESTRICTION PLEASE SEE MANAGEMENT BEFORE ANY

ADDITIONAL COLLECTION ACTION>*
1121709,9/22/2017 6:56 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/28/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/5/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/12/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/26/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/1/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/9/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/16/2017 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/22/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/1/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/7/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/14/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/20/2017 4:17 PM,DIAL,DIALER CALL,LR,LEFT MESS ON RECORDER ,6783614230 -
1:02 -
1121709,12/21/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/28/2017 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/4/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/12/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/18/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/25/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/31/2018 11:28 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/8/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/15/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/23/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/1/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/12/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed

confirmed Not on Active Duty.
1121709,3/15/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/22/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/29/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/5/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/11/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/19/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/26/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/3/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/10/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/17/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/24/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/1/2018 12:04 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/7/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/18/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/21/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/25/2018 11:22 AM,TR,TELEPHONED RESIDENCE,LM,LEFT MESSAGE,mssg lft at
678-361-4230
1121709,6/28/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/10/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/17/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/25/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/31/2018 11:59 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/7/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/13/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/20/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/27/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed

confirmed Not on Active Duty.
1121709,9/13/2018 1:30 PM,co,COMMENT ONLY,co,COMMENT ONLY,*<THIS PROPERTY HAS BEEN
IDENTIFIED AS A POSSIBLE DISASTER AREA RESTRICTION PLEASE SEE MANAGEMENT BEFORE ANY
ADDITIONAL COLLECTION ACTION>*
1121709,9/20/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/2/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/8/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/16/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/22/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/2/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/6/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/16/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,11/19/2018 2:44 PM,TO,Telephoned Other,LR,LEFT MESS ON RECORDER ,cld
6783614230  outb automated dial vm left
1121709,11/19/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/3/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/10/2018 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,12/17/2018 9:59 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/2/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/11/2019 9:59 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,1/22/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/5/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/11/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/19/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,2/26/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/4/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/11/2019 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,3/18/2019 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.

1121709,3/25/2019 10:02 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/1/2019 10:02 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/9/2019 10:02 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/25/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,4/29/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/6/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/13/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/20/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,5/28/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/4/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,6/24/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/8/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,7/10/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/2/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/12/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/19/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/26/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,8/28/2019 3:54 PM,TO,Telephoned Other,LR,LEFT MESS ON RECORDER ,cld
6783614230  outb automated dial vm left
1121709,9/3/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/9/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,9/17/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/2/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/8/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.
1121709,10/9/2019 9:47 AM,TO,Telephoned Other,LR,LEFT MESS ON RECORDER ,cld
6783614230  outb automated dial vm left
1121709,10/14/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed
confirmed Not on Active Duty.

1121709,10/21/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/29/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/4/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/11/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/18/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/25/2019 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/2/2019 10:03 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/9/2019 10:03 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/16/2019 10:04 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/2/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/6/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/13/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/21/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/28/2020 9:59 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/12/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/19/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/25/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/2/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/10/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/17/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/23/2020 10:02 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/13/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/20/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/27/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,5/4/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.

1121709,5/5/2020 11:25 AM,TO,Telephoned Other,LM,LEFT MESSAGE,"6783614230, ob call, msg left "
1121709,5/12/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,5/18/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/1/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/8/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/15/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,6/22/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/1/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/7/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/13/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/23/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,7/27/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/3/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/10/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/18/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/25/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,8/27/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/4/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/11/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/18/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,9/24/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/2/2020 10:07 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/9/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/16/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,10/23/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.

1121709,10/30/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/6/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/13/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/20/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,11/25/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/3/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/10/2020 10:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,12/18/2020 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/7/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,1/14/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/26/2021 10:05 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/26/2021 10:09 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,2/26/2021 10:16 AM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/4/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/11/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/18/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,3/25/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/1/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/8/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/15/2021 10:00 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,SCRA scrub completed confirmed Not on Active Duty.
1121709,4/20/2021 10:12 AM,CL,CREATE LETTER,LS,LETTER SENT TO DEBTOR,Document R146 - Recovery Goodbye Letter Prepared
1121709,4/20/2021 1:01 PM,CO,COMMENT ONLY,CO,COMMENT ONLY,"Loan transferring 5/7/2021 to FCI Lender Services, Inc. P.O. Box 27370, Anaheim, CA 92809-0112 (800) 931-2424 Ext. 650 PST"

# EXHIBIT C



**FCI Lender Services, Inc.**

*Loan Servicing   •   Specialty Servicing   •   Default*

Phone: 800-931-2424   Fax: 714-282-5775

05/10/2021

### NOTICE OF SERVICING TRANSFER

MARY KUMI
4839 LILY STEM DR
AUBURN, GA 30011

**Loan #:** ▉▉▉▉▉▉
**Property: 4839 LILY STEM DR**
**AUBURN, GA 30011**

Dear MARY KUMI:

The servicing of your Promissory Note is being transferred, effective 05/07/2021.  This means that after this date, a new Servicer will be collecting your Promissory Note payments from you.  Nothing else about your Promissory Note will change.

Sortis Financial, Inc. is now collecting your payments. Sortis Financial, Inc. will stop accepting payments received from you on 05/07/2021.  FCI Lender Services, Inc. will collect your payments going forward. FCI Lender Services, Inc. will start accepting payments received from you on 05/07/2021.

**Send all payments due on or after 05/07/2021 to FCI Lender Services Inc. at this address: PO BOX 27370, Anaheim, CA 92809-0112.**

If you have any questions for either your present servicer, Sortis Financial, Inc., or your new Servicer FCI Lender Services, Inc. about your Promissory Note or this transfer, please contact them using the information below:

| **Previous Servicer** | **Current Servicer:** |
|---|---|
| Sortis Financial, Inc. | FCI Lender Services, Inc. |
| Attn: Customer Service Dept | Customer Care Department |
| 5220 Tennyson Pkwy, Suite 200 | Post Office Box 27370 |
| PLANO, TX, 75024 | Anaheim Hills, California 92809-0112 |
| 1-866-344-3314 (toll free or collect) | (800) 931-2424, x651 (toll free) |
| Hours of Operation: | Hours of Operation |
| Monday - Friday | Monday – Friday |
| 08:00 AM - 05:00 PM (Central Standard Time) | 08:00 AM – 05:00 PM (Pacific Time) |

Important Note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we have not serviced mortgage life or disability premiums. However, if you wish to retain optional insurance, we would suggest that you contact your current optional product service provider or your Lender.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer on or before its due date may not be treated by the new Servicer as late, and a late fee may not be imposed on you.

*Note: FCI Lender Services, Inc. is a debt collector and is attempting to collect a debt.  Any information obtained will be used in furtherance of that purpose.*
**IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU HAVE RECEIVED DISCHARGE, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.**

Sincerely,
Customer Care Department
FCI Lender Services



FCI Lender Services, Inc.

*Loan Servicing* • *Specialty Servicing* • *Default*

Phone: 800-931-2424   Fax: 714-282-5775

05/10/2021

## BORROWER WELCOME LETTER

MARY KUMI
4839 LILY STEM DR
AUBURN, GA 30011

**Re Loan Number:** ▮▮▮▮▮▮
**Property: 4839 LILY STEM DR, AUBURN, GA 30011**

Dear MARY KUMI:

**Welcome to FCI Lender Services, Inc. ("FCI") Loan servicing!** FCI is your Servicing Agent and is servicing your Promissory Note on behalf of your Lender/Creditor, **United Asset Management, LLC** (The "Creditor"). FCI is also a Debt Collector. Your Creditor has authorized FCI to process and collect your scheduled Promissory Note payments according to your Promissory Note and Security Instrument. A *Payment Statement* will be mailed or emailed to you on a regular basis. Please send your check with your account number written on it, plus the payment coupon from your statement (unless you have established an Automated Payments (ACH) debit program with FCI). You should review each *Payment Statement* carefully for accurate loan information. At year-end, an interest statement (IRS Form 1098) will be mailed to you for tax purposes. To view your account, and for other payment options, visit www.myfci.com and click on "Borrower Payment Options" located at the top of FCI's web page.

### IMPORTANT BANKRUPTCY INFORMATION

**IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.**

Your Creditor has provided FCI the following information regarding the Total Amount Due on your Promissory Note (the "Debt").

| | | | |
|---|---|---|---|
| Deferred Principal Balance: | $ 0.00 | Principal Balance: | $ 45,089.90 |
| Deferred Unpaid Interest: | $ 0.00 | Accrued Interest: | $ 42,254.87 |
| Deferred Late Charges: | $ 0.00 | Accrued Late Charges: | $ 0.00 |
| Deferred Loan Charges: | $ 0.00 | Other Amounts Due: | $ 0.00 |
| | **Amount of Debt:** | **$ 87,344.77** | |

**VALIDATION OF DEBT:** Unless you, the consumer, within thirty days after receipt of this notice, dispute the validity of the Debt, or any portion thereof, the Debt will be assumed to be valid by FCI as the Debt Collector. If you notify FCI in writing, within thirty days after receipt of this notice, that you dispute the Debt or any portion of the Debt, we will, as required by law, obtain and mail to you verification of the Debt and/or a copy of a Judgment against you. Upon your written request within the thirty-day period, FCI as the Debt Collector will provide you, as the consumer, with the name and address of the original creditor, if different from the current Creditor.

As of the date of this Notice, the Debt is **$ 87,344.77.** Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

**PLEASE BE ADVISED YOUR LOAN TERMS MAY BE ADJUSTED ONCE ALL LOAN DOCUMENTS HAVE BEEN RECEIVED AND/OR REVIEWED.**

**IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. PLEASE SEE IMPORTANT DISCLOSURES ENCLOSED.**

If you have any questions regarding the above information, please write or call FCI's Customer Care Center toll-free number at 1-800-931-2424 (x651) during normal business hours (Monday-Friday, 8:00 AM – 5:00 PM, PT). When calling, please reference your loan number.

Sincerely,
Customer Care Department
FCI Lender Services

**FCI Lender Services, Inc.**

*Loan Servicing  •  Specialty Servicing  •  Default*

Phone: 800-931-2424   Fax: 714-282-5775

# *ANNOUNCING*

## FCI'S BORROWER LIVE LOGIN

**Log in on FCI's Borrower App on Apple and Android**
**Log in on FCI's Borrower Web Portal at www.myfci.com**

FCI's live login gives Borrowers access to current Loan Information including:

Monthly Statements
Principal Balance
Payment History
Loan Charges
Payments Due

Use your Borrower Login to **make last minute Online Payments** that will be credited to your account based on the time submitted.  Simply click on "Express Payment" to make your loan payment.

Providing your loan is performing and current, you can also use your Borrower Login to **set up Automatic Payments (ACH)**, and not worry about sending in checks again.

Go to **www.myfci.com** "Customer Login" and click on "Borrower Login" to set up your account.

Sincerely,
Customer Care Department
FCI Lender Services



**FCI Lender Services, Inc.**

*Loan Servicing  •  Specialty Servicing  •  Default*

Phone: 800-931-2424   Fax: 714-282-5775

05/10/2021

**Privacy Policy**

MARY KUMI
4839 LILY STEM DR
AUBURN, GA 30011

**Dear MARY KUMI:**

At FCI Lender Services and our family of companies, we appreciate your business and the trust you have placed in us. We are committed to protecting the personal data we obtain about you. Please know that we do not sell your personal data. Please review the following details.

**What personal data we may collect about you?**
We may collect personal data about you to process your payments and to communicate with you regarding the status of your loan and payments. When required, we will obtain your consent before collecting it. The personal data may include:

Name and Address
Credit & Payment Data
Social Security number or taxpayer identification number

**What do we do with your personal data?**
We comply with Federal and State requirements related to the protection and use of your data. This means we only share data where we are permitted or required to do so. We also may be required to obtain your authorization before disclosing certain types of personal data. We may use your data for the following:

Process Loan and Payments
Respond to your requests
Comply with regulatory requirements
Prevent Fraud

We do not sell personal data about current or former customers or their accounts. We do not share your personal data for marketing purposes with anyone outside our family of companies. When affiliates or outside companies perform a service on our behalf, we may share your personal data with them. We require them to protect your personal data, and we only permit them to use your personal data to perform these services. Examples of outside parties who may receive your data are:

State or Federal Authorities
Other companies or service providers supporting your account

**How do we protect your personal data?**
In order to protect your personal data, we maintain physical, electronic, and procedural safeguards. We review these safeguards regularly in keeping with technological advancements. We restrict access to your personal data. We also train our employees in the proper handling of your personal data.

**Our commitment to keeping you informed.**
We will send you a Privacy Policy each year while you are our customer. In the event we broaden our data sharing practices, we will send you a new policy.

FCI Lender Services, Inc. • PO BOX 28720 • Anaheim • CA 92809-0112• NMLS#4920 • DRE # 01022780 • www.myfci.com

## IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.


**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT D



United Asset
Management, LLC

18682 Beach Boulevard, Suite 250
Huntington Beach, CA 92648

June 11, 2021

MARY KUMI
4839 LILY STEM DRIVE
AUBURN, GA 30011

**WELCOME LETTER**

Dear MARY KUMI:

United Asset Management, LLC ("UAM") is now the owner of the 2nd lien mortgage on your property. We want to introduce ourselves and provide you our contact information in case you have any questions on your current loan status of your mortgage loan. Recently you should have received a "goodbye letter" from previous servicer, Sortis Financial, and a "welcome letter" from, FCI Lender Services, Inc., the servicer that UAM has hired to service your mortgage.

We encourage you to contact us and keep open communication lines throughout this loan servicing transition process. You may call our general phone number: (877) 200-0113 or email: accounts@unitedassetman.com. A UAM account manager will reach out to you to return your call or email and discuss your situation.

> **LOAN INFORMATION**
>
> Date Your Loan was Sold to the New Lender: 03/01/2021
> Prior Servicer Loan Number: ███████
> FCI Loan Number: ███████
> Address of Mortgaged Property:  4839 LILY STEM DRIVE
>                                 AUBURN, GA 30011

**NEW SERVICER CONTACT INFORMATION**

Company Name:                                FCI Lender Services, Inc.
Mailing Address:                             Attn: Customer Care Department
                                             P.O. Box 27370
                                             Anaheim, CA 92809-0112
Telephone Number (Toll free):                1-800-931-2424 x651
Website:                                      https://myfci.com/

Scope of responsibilities: The servicer is responsible for all ongoing administration of your loan, including <u>receipt</u> and <u>processing of payments</u>, resolution of payment-related issues, and response to most inquiries you may have regarding your loan.

**UAM CONTACT INFORMATION**

**<u>Please be advised that any loss mitigation matters regarding your loan (including modifications, settlements/short payoffs) may be directed to UAM at the number below.</u>**

Company Name:                                United Asset Management, LLC

Mailing Address **(not <u>for payments</u>)**:        18682 Beach Boulevard, Suite 250
                                             Huntington Beach, CA 92648

Email:                                       accounts@unitedassetman.com

Telephone Number:                            (877) 200-0113

Website:                                      http://unitedassetmgmt.com/

# EXHIBIT E

MIN: ▮▮▮▮▮▮
Loan #: ▮▮▮▮▮▮

## NOTE

**THIS NOTE IS A CONTRACT FOR A SHORT-TERM LOAN. THIS LOAN IS PAYABLE IN FULL AT MATURITY. SINCE YOU HAVE SELECTED A PAYMENT SCHEDULE WHICH WILL NOT PAY THE LOAN IN FULL BY THE MATURITY DATE, YOU WILL NEED TO PAY A LUMP SUM, OR BALLOON PAYMENT, WHICH WILL PAY OFF THE ENTIRE AMOUNT OF THE PRINCIPAL BALANCE OF THE LOAN AND ANY UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOUR INTEREST RATE AND TERMS WILL BE AT THE PREVAILING INTEREST RATE, WHICH MAY BE CONSIDERABLY HIGHER THAN THE INTEREST RATE ON THIS LOAN. YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.**

November  3, 2005                    Marietta                    .                    Georgia
_Date_                                       _City_                                               _State_

4839 LILY STEM DR                    Auburn                    Georgia                    30011
_Property Address_                    _City_                    _State_                    _ZIP Code_

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $  43,836.00          (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is  IndyMac Bank, F.S.B., a federally chartered savings bank

. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note  will be called the "Note Holder."

### 2. INTEREST

I will pay interest at a yearly rate of          10.875          %.
Interest will be charged on unpaid principal until the full amount of principal has been paid.

### 3. PAYMENTS

I will pay principal and interest by making payments each month of U.S. $  413.33          .
I will make my payments on the          1st          day of each month beginning on          December  1          ,
2005          . I will make these payments every month until I have paid all of the principal and interest and any other charges, described below, that I may owe under this Note. If, on          November 1, 2020          ,
I still owe amounts under this Note, I will pay all those amounts, in full, on that date.

I will make my monthly payments at  IndyMac Bank, F.S.B., P.O. Box 78826, Phoenix, AZ 85062-8826          or at a different place if required by the Note Holder.

### 4. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any of my monthly payments by the end of          15
calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be
5.000          % of my overdue payment, but not less than U.S. $    N/A          and not more than
U.S. $    N/A          I will pay this late charge only once on any late payment.

**(B) Notice from Note Holder**

If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 10 days after the date on which the notice is mailed to me or, if it is not mailed, 10 days after the date on which it is delivered to me.

**(C) Default**

If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount.

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**GEORGIA** - SECOND MORTGAGE - 1/80

 -8480067 (9805)          ELECTRONIC LASER FORMS, INC. - (800)327-0545          Form 75(GA) Rev. 7/97

Loan No:

**(D) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, **reasonable attorneys' fees.**

**5. THIS NOTE SECURED BY A DEED**

In addition to the protections given to the Note Holder under this Note, a Security Deed, dated November  3,  2005                  , protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note.

**6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE**

I have the right to make payments of principal at any time before they are due. A payment of principal only is known  as a ''prepayment.'' When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a ''full prepayment.'' A prepayment of only part of the unpaid  principal is known as a ''partial prepayment.''

I may make a full prepayment or a partial prepayment without paying any penalty. The Note Holder will use all  of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there  will be no delays in the due dates or changes in the amounts of my monthly payments unless the Note Holder agrees  in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require me to make the prepayment on the same day that one of my monthly payments is due.  The Note Holder may also require that the amount of my partial prepayment be equal to the amount of principal that  would have been part of my next one or more monthly payments.

**7. BORROWER'S WAIVERS**

I waive my rights to require the Note Holder to do certain things. Those things are: (A) to demand payment of  amounts due (known as ''presentment''); (B) to give notice that amounts due have not been paid (known as ''notice  of dishonor''); (C) to obtain an official certification of nonpayment (known as a ''protest''). Anyone else who agrees  to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep my promises  under this Note, or who signs this Note to transfer it to someone else also waives these rights. These persons are known  as ''guarantors, sureties and endorsers.''

**8. GIVING OF NOTICES**

Any notice that must be given to me under this Note will be given by delivering it or by mailing it by certified mail addressed to me at the Property Address above. A notice will be delivered or mailed to me at a different address if  I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by certified mail to  the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address  if I am given a notice of that different address.

**9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each of us is fully and personally obligated to pay the full amount owed  and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in  Section 7 above) is also obligated to do these things. The Note Holder may enforce its rights under this Note against  each of us individually or against all of us together. This means that any one of us may be required to pay all of the  amounts owed under this Note. Any person who takes over my rights or obligations under this Note will have all of  my rights and must keep all of my promises made in this Note. Any person who takes over the rights or obligations  of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the  promises made in this Note.

WITNESS the hands and seals of the undersigned.



_____ (Seal)
Mary KUMI                    -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

_____ (Seal)
                             -Borrower

*(Sign Original Only)*

Pay To The Order Of

Without Recourse
IndyMac Bank, F.S.B.

By:

Melody Spotts
Assistant Vice President

## ADDENDUM TO FIXED RATE/BALLOON SECOND NOTE
### (Prepayment)

Loan #: ▆▆▆▆▆▆▆

THIS ADDENDUM is made this 3rd day of November, 2005, and is incorporated into and intended to form a part of the Note dated the same date as this Addendum.

1.    My right to make a Prepayment under Section 6 is modified by this Addendum. A Prepayment of the entire unpaid principal balance is known as a "Full Prepayment." A Prepayment of only part of the unpaid principal balance is known as a "Partial Prepayment."

2.    Except as provided below, I may make a Full Prepayment or a Partial Prepayment at any time without paying any Prepayment charge. If within the first two ( 2 ) year(s) after the execution of the Security Instrument I make a Full Prepayment, I will pay a Prepayment charge in the amount equal to one percent (1%) of the unpaid principal balance.

If I make a Partial Prepayment equal to one or more of my monthly payments, the due date of my next scheduled monthly payment may be advanced no more than one month. If I make a Partial Prepayment in any other amount, I must still make all subsequent monthly payments as scheduled.

3.    All other provisions of the Note are unchanged by this Addendum and remain in full force and effect.

Dated: _____11-3-05_____

_____ (Seal)
Mary KUMI                   -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

Hard Prepayment Addendum (1-3 yrs) - Second Mortgage
Non-Federally Exempted Sellers:
Georgia, Michigan, North Carolina (1-2 yrs only, not
permitted for primary residence $150,000 or less)
IndyMac and Federally Exempted Sellers:
Georgia, Michigan, North Carolina (1-2 yrs only, not
permitted for primary residence $150,000 or less)

8480221 (0505)          VMP Mortgage Solutions, Inc. (800)521-7291          #069
                                                                           (05/05)

# EXHIBIT F

.Sortis Financial.

Loan Number: 1121709

Loan History

Starting Balances

| | |
|---|---|
| Principal: | 45,152.54 |
| Tax & Insurance: | 0.00 |
| Unapplied: | 0.00 |

Property Address

4839 LILY STEM DR
AUBURN GA 30011

MARY KUMI

Page 1

Loan History

May 07, 2021

Loan #   1121709

| Date Paid /Payment | Bk/Inv/Grp /Int Paid | Inv Ln # /Prin Paid | Tran Desc /Late Chrg | Tran Code /Misc Ins | Due Date /Unapplied | Sub Type / Sub Amt | T&I Bal /T&I Amt | Ret Chk Chrg /Misc Fee | Fcl/Bank Fee /Loss Draft | Payeee Name /Disb Class | Service Fee | Prin Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/13 | 02 068 002 | 115324627 | Lockbox | REG | 05/01/10 | | .00 | .00 | .00 | | | |
| 62.64 | .00 | 62.64 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | 45,089.90 |
| 05/07/21 | 02 630 001 | 115324627 | TRF SERV | EXP | 06/01/10 | | .00 | .00 | .00 | | | |
| 45,089.90 | .00 | 45,089.90 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | .00 |

**Grand Totals:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **45,152.54** | | **45,152.54** | | **0.00** | | **0.00** | | **0.00** | **0.00** |
| | **0.00** | | **0.00** | | **0.00** | | **0.00** | **0.00** | **0.00** |

# EXHIBIT G



# McMichael Taylor Gray, LLC

3550 Engineering Drive|Suite 260|Peachtree Corners, GA 30092
Office: 404-474-7149|Fax: 404-745-8121

August 11, 2021

Mary Kumi
4839 Lily Stem Dr
Auburn, GA 30011

| | RE: | Our File No: | GA2021-01325 |
|---|---|---|---|
| | | Borrower(s): | Mary Kumi |
| | | Property Address: | 4839 Lily Stem Dr, Auburn, GA 30011 |
| | | Account Number: | XXXXXX3604 |

Dear Sir/Madam:

Please be advised that FCI Lender Services, Inc., servicer for United Asset Management, LLC, has referred the above-referenced loan to this office. The following information is provided to you as required by the Federal Fair Debt Collection Practices Act (15 U.S.C. Section 1692 et seq.):

1.  As of August 11, 2021, the total amount due is $90,682.87. This amount consists of:

| Category | Amount |
|---|---|
| Principal Balance | $45,089.90 |
| Deferred Unpaid Principal Balance | $0.00 |
| Interest Amount        (Per Diem $  10.65) | $43,212.92 |
| Escrow Balance | $0.00 |
| Escrow Advance | $0.00 |
| Late Charges | $2,380.05 |
| Property Inspections | $0.00 |
| Hazard Insurance | $0.00 |
| Private Mortgage Insurance | $0.00 |
| Prior Default Fees and Costs | $0.00 |
| Recoverable Balance | $0.00 |
| Suspense Balance | $0.00 |

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***

Please be advised that this amount does not include amounts that may accrue after August 11, 2021, including, but not limited to interest, late fees, attorney's fees and various other charges. Accordingly, prior to submitting any funds please contact our office at 404-474-7149 for an updated payoff quote.

2. The creditor to whom the debt is owed is United Asset Management, LLC. FCI Lender Services, Inc. is authorized to collect payment on your loan.

3. Unless you dispute the validity of this debt or any portion of it within thirty (30) days after receipt of this notice, this office will assume the debt is valid.

4. If you notify this office in writing within thirty (30) days of receipt of this notice that you dispute the debt or any portion thereof, or that you want to know the name of the original creditor, if that creditor is different from United Asset Management, LLC, then this office will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5. The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before initiating legal proceedings. Please be advised that this office may have already initiated proceedings and you may receive, shortly hereafter, notification(s) of such proceedings.

Please be advised that because of interest, late fees, and various other charges, the total amount due, as referenced above, may change daily. Hence, if you forward this office payoff funds reflecting the amount referenced above, an adjustment may be necessary, and the amount forwarded to this office may be insufficient to pay off the debt entirely. In such an event, this office will inform you before depositing the check for collection.

If you have received a discharge in a Bankruptcy proceeding and this debt was not reaffirmed, this notice is not intended to indicate that you are personally liable for this debt or that we are attempting to collect a debt from you. In this instance, the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purpose other than that of conducting a foreclosure and/or exercising in rem rights and obligations under the security instrument pursuant to applicable state and federal law. If you are involved in an active bankruptcy case and no relief from the automatic stay has been obtained by your lender, please immediately fax your bankruptcy information to 404-745-8121.

Respectfully,

McMichael Taylor Gray, LLC

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***



# McMichael Taylor Gray, LLC

3550 Engineering Drive|Suite 260|Peachtree Corners, GA 30092
Office: 404-474-7149|Fax: 404-745-8121

August 11, 2021

Mary Kumi
4839 Lily Stem Dr
Auburn, GA 30011

RE:   Our File No:        GA2021-01325
      Borrower(s):        Mary Kumi
      Property Address:   4839 Lily Stem Dr, Auburn, GA 30011
      Account Number:     XXXXXX3604

Dear Sir(s) and/or Madam(s):

You are in default on the above-referenced account.  A payment has not been received for the June 1, 2010 payment and succeeding payments of principal and interest are now required by the Note executed on November 3, 2005.  The Note is secured by a Security Instrument on the property located at 4839 Lily Stem Dr, Auburn, GA 30011.

Under the terms and conditions of the Note and Security Instrument you are hereby notified of the following:

1.  You are in default because you have failed to pay the required monthly installments and late charges. As of the date hereof, a total of $49,971.60 is due on the loan, which includes: past due payments, accrued interest, escrow (if applicable), late charges (if any), and any additional fees.

2.  To cure the default, you must pay the past due amount to United Asset Management, LLC within 30 days from the date of this letter. Any additional monthly payments and charges that fall due within the next 30 days must also be paid to bring your account current. In order to verify the total amount due, please contact 404-474-7149 prior to submitting funds. You must send certified funds (certified check, cashier's check, or money order) to:

---

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***

United Asset Management, LLC
c/o FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809

3. Your failure to cure the default within 30 days of the date of this letter may result in acceleration of the sums secured by said Security Instrument and a foreclosure sale of your property, as well as other remedies to the Lender;

4. You have the right to reinstate the loan after acceleration in accordance with the terms of the Note and Security Instrument; and

5. You have the right to bring a court action to assert the non-existence of a default or any other legal defense to acceleration and sale.

Information about your account may be reported to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.  If you have received a discharge in a Bankruptcy proceeding and this debt was not reaffirmed, this notice is not intended to indicate that you are personally liable for this debt or that we are attempting to collect a debt from you.  In this instance, the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purpose other than that of conducting a foreclosure and/or exercising in rem rights and obligations under the security instrument pursuant to applicable state and federal law.

Respectfully,

McMichael Taylor Gray, LLC

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***

# EXHIBIT H



# McMichael Taylor Gray, LLC

3550 Engineering Drive|Suite 260|Peachtree Corners, GA 30092
Office: 404-474-7149|Fax: 404-745-8121

November 2, 2021

**VIA CERTIFIED, RETURN RECEIPT REQUESTED AND REGULAR MAIL**

Mary Kumi
4839 Lily Stem Dr
Auburn, GA 30011

RE:   NOTICE OF FORECLOSURE SALE

|  |  |
|---|---|
| Our File No: | GA2021-01458 |
| Mortgagor(s): | Mary Kumi |
| Property Address: | 4839 Lily Stem Dr, Auburn, GA 30011 |
| County: | Gwinnett |

Dear Sir/Madam:

You previously received communication from our office where we notified you that the loan on the above referenced property was referred to this firm for handling. That letter also advised you of certain rights you could exercise within 30 days of your receipt of that letter, including your right to have the debt validated. Nothing in this letter will prevent you from exercising those rights as initially explained.

The entire amount of the outstanding balance of principal and interest owed on the above referenced loan and any other authorized charges are now due and payable. For additional information regarding the total amount due (a/k/a "payoff amount"), please contact us immediately.  Additionally, the terms of your note call for the addition of attorney's fees to the debt in case of collection by or through an attorney.  Georgia law (O.C.G.A. Section 13-1-11) requires that you be allowed ten (10) days from your receipt of this letter to pay the entire amount

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***

owed without having to pay attorneys' fees. After that time, the full attorney's fees allowed by Georgia law may be added to the debt.

This office has begun foreclosure proceedings on behalf of United Asset Management, LLC. A copy of the Notice of Foreclosure Sale is enclosed. The sale will be conducted in accordance with the terms set forth in said Notice.

Please be advised that if the default is not cured and the property is sold at foreclosure to an outside investor (other than your lender), there may be excess proceeds from the sale or distribution to lienholders and/or the owner of record. If an outside investor contacts you after foreclosure advising that they have purchased your property at sale, please call our Excess Proceeds department between 45-60 days after the foreclosure sale to determine if any such funds exist.

If you have received a discharge in a Bankruptcy proceeding and this debt was not reaffirmed, this notice is not intended to indicate that you are personally liable for this debt or that we are attempting to collect a debt from you. In this instance, the information concerning the associated debt owed is for informational purposes only and should be disregarded for any purpose other than that of conducting a foreclosure and/or exercising in rem rights and obligations under the security instrument pursuant to applicable state and federal law.

If you are currently or have within the last twelve (12) months been in the military service, please notify this office immediately. You may be entitled to some protections under the Servicemembers Civil Relief Act. When contacting this office as to your military service, you must provide us with positive proof as to your military status.

Please do not hesitate to call/contact customer service at 404-474-7149 for any questions you may have.

Respectfully,

McMichael Taylor Gray, LLC

***THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE RECEIVED A DISCHARGE IN A CHAPTER 7 BANKRUPTCY, WE ARE AWARE YOU ARE NOT PERSONALLY OBLIGATED FOR THIS DEBT AND THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.***

## NOTICE OF FORECLOSURE SALE UNDER POWER

GWINNETT COUNTY, GEORGIA

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Under and by virtue of the Power of Sale contained in a Security Deed given by Mary Kumi to Mortgage Electronic Registration Systems, Inc., as nominee for IndyMac Bank, FSB dated November 3, 2005 and recorded on November 14, 2005 in Deed Book 45270, Page 91, Gwinnett County, Georgia Records, and later assigned to United Asset Management, LLC by Assignment of Security Deed recorded on October 15, 2021 in Deed Book 59297, Page 00198, Gwinnett County, Georgia Records, conveying the after-described property to secure a Note in the original principal amount of Forty-Three Thousand Eight Hundred Thirty-Six And 00/100 Dollars ($43,836.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash before the courthouse door of Gwinnett County, Georgia, within the legal hours of sale on December 7, 2021 the following described property:

All that tract or parcel of land lying and being in Land Lot 7 of the 3rd District, Gwinnett County, Georgia, being Lot 35, Block B, Flowery Branch Crossing, Unit I, as per plat recorded in Plat Book 109, Pages 22-24, Gwinnett County, Georgia records, said plat being incorporated herein by reference thereto.
Tax ID #:  R3007 711

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given).

Your mortgage servicer, FCI Lender Services, Inc., servicer for United Asset Management, LLC can be contacted at 1-800-931-2424 or by writing to P.O. Box 27370, Anaheim Hills, CA 92809, to discuss possible alternatives to avoid foreclosure.

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above.

To the best knowledge and belief of the undersigned, the parties in possession of the property are Mary Kumi or tenant(s); and said property is more commonly known as **4839 Lily Stem Dr, Auburn, GA 30011.**

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

United Asset Management, LLC as Attorney in Fact for Mary Kumi
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
404-474-7149
MTG File No.: GA2021-01458