**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MARY KUMI,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE |
| | ) NO. 1:21-cv-04949-MHC |
| **UNITED ASSET MANAGEMENT, LLC** | ) |
| **and FCI LENDER SERVICES, INC.,** | ) |
| Defendants. | ) |

<u>DECLARATION OF JENNIFER RENTENBACH</u>

I, JENNIFER RENTENBACH, give the following unsworn statement under penalty of perjury pursuant to 28 U.S.C. § 1746, and state that the following is true and correct:

1. I, Jennifer Rentenbach, am over the age of twenty-one (21) and am competent in all respects to testify regarding the matters set forth in this Declaration. I have personal knowledge of the factual matters stated herein.

2. I voluntarily submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

3. I am one of the attorneys representing the Plaintiff, Mary Kumi, in the above-referenced matter.

4. The attached Exhibit A is a copy of Ms. Kumi's monthly statement for her first mortgage from November 10, 2021, as provided by Ms. Kumi to our office, showing an outstanding balance of $142,960.96.

5. The attached Exhibit B is a copy of the monthly statement dated August 17, 2021 sent by Defendant FCI Lender Services, Inc. to Ms. Kumi, showing a monthly payment amount of $352.53, interest rate of 8.5%, and maturity date of July 1, 2038.

6. The attached Exhibit C is a printout from the Zillow website, showing an estimated value of Ms. Kumi's home of $349,500 as of December 6, 2021.

7. The attached Exhibit D is a printout from the Trulia website, showing an estimated value of Ms. Kumi's home of $349,500 as of December 6, 2021.

8. The attached Exhibit E is a printout from the realtor.com website, showing an estimated value of Ms. Kumi's home of $371,500 as of December 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2021.

                                                          /s/ Jennifer Rentenbach
                                                    JENNIFER RENTENBACH
                                                    Georgia Bar No. 723810
                                                    *Counsel for Plaintiff*

ATLANTA LEGAL AID SOCIETY, INC.
54 Ellis Street NE
Atlanta, GA 30303
Scott: (404) 614-3986
Rentenbach: (678) 500-7559
Fax: (404) 525-5710
jrscott@atlantalegalaid.org
jrentenbach@atlantalegalaid.org

**EXHIBIT A**

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452



## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0009074 01 AB 0.458 ***AUTO   T4 0 3524 30011-214439 -C05-P09074-I 2 5        RE   MN OC1

MARY KUMI
4839 LILY STEM DR
AUBURN, GA 30011-2144

Loan number: ███████
Payment Due Date: 12/1/2021
**Amount Due: $971.93**

If payment is received after 12/16/2021, a $24.59 late fee may be charged.

Statement Date: 11/10/2021

### Account Information

| | |
|---|---|
| Property Address | 4839 LILY STEM DR AUBURN, GA 30011 2144 |
| Outstanding Balance (not payoff amount) | $142,960.96 |
| Current Interest Rate | 2.0000% |
| Prepayment Penalty | No |
| Escrow Balance | $1,441.35 |
| Suspense Balance | $0.00 |
| Maturity Date | 11/01/2035 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $253.25 | $2,762.68 |
| Interest | $238.69 | $2,648.66 |
| Escrow (Taxes and/or Insurance) | $479.99 | $5,355.88 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $971.93 | $10,767.22 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $253.67 |
| Interest | $238.27 |
| Escrow (Taxes and/or Insurance) | $479.99 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $971.93 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| Total Amount Due | $971.93 |

### Important Messages

You are currently due for the 12-1-2021 payment.
Your last full payment was applied to the payment due 11-1-2021.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/10 | 11/10 | Payment | $253.25 | $238.69 | $479.99 | $0.00 | $0.00 | $0.00 | $971.93 |

### Important Information

If it's not possible to make the monthly payment due to impacts from COVID-19, please notify us right away. You can notify us by filling out the COVID-19 Hardship Notification Form that is available on our website listed above. **Click the "Learn More" link within the red Coronavirus banner for details.** If you have other questions regarding COVID-19, you may also email or call us – please see the top of the billing statement for contact information. We appreciate your support in using the self-serve options as our wait times may be extended due to anticipated volume related to COVID-19.

---

Page 1 of 2

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number:  7192102262
MARY KUMI

PHH Mortgage Services
PO Box 94087
PALATINE, IL 60094-4087

| | |
|---|---|
| Payment Due Date | 12/1/2021 |
| Regular Monthly Payment | $971.93 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $0.00 |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| Total Amount Due | $971.93 |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| **Total check enclosed** | $_____ |

This statement reflects amounts automatically debited from your designated account via our Direct Debit Program. This is not a bill. It is to be used for informational purposes only.



# FCI Lender Services, Inc.

Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0157   Fax: (714) 282-5775

**EXHIBIT B**

## Payment Statement

Statement Date: 08/17/2021
customerservice@myfci.com

### Account Information

| | | | |
|---|---|---|---|
| Outstanding Principal Balance: | $45,089.90 | Escrow Balance: | $0.00 |
| Deferred Amounts: | $0.00 | Suspense Balance: | $0.00 |
| Current Interest Rate: | 8.5000% | Restricted Suspense: | $0.00 |
| Next Interest Rate Change Date: | - | Loan Maturity Date: | 07/01/2038 |
| Remaining Loan Term (Months): | 204 | Payment Type: | Fully Amort./ Fixed Rate |
| Prepayment Penalty: | NO | | |
| | | Next Due Date: | 06/01/2010 |

Account Number: ████
Payment Due Date: 09/01/2021
**AMOUNT DUE  $50,306.50**
If Payment is not received by 09/16/2021, $0.00 Late Fee will be charged

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $85.95 |
| Interest: | $266.58 |
| Other Amounts Due: | $0.00 |
| Escrow (Taxes and/or Insurance): | $0.00 |
| **Current Payment:** | **$352.53** |
| Total Fees and Charges: | $2,362.42 |
| Overdue Payments: | $47,591.55 |
| **Total Amount Due:** | **$50,306.50** |

**MARY KUMI**
**4839 LILY STEM DR**
**AUBURN, GA 30011**

In the event this loan was recently service transferred, figures on this statement are subject to revision.

### Transaction Activity Since (06/17/2021 - 08/17/2021)   To view all transactions please log into www.myfci.com

| Date | Description | Charges | Payments | Date | Description | Charges | Payments |
|---|---|---|---|---|---|---|---|
| 07/17/2021 | Assessed Late Fee | $17.63 | $0.00 | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid year to Date |
|---|---|---|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance): | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 |
| * Partial Payment( Unapplied/Suspense ) | $0.00 | $0.00 |
| Others: | $0.00 | $0.00 |
| **TOTAL:** | **$0.00** | **$0.00** |

If You Are Experiencing Financial Difficulty:
See back for info about Mortgage Counseling or assistance.

### Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may results in fees and foreclosure - the loss of your home. As of 08/17/2021, you are 4,095 days delinquent on your mortgage loan.

**Recent Payment Account History:**

* Payment Due 03/01/2021: Unpaid balance of $48,120.80
* Payment Due 04/01/2021: Unpaid balance of $370.16
* Payment Due 05/01/2021: Unpaid balance of $370.16
* Payment Due 06/01/2021: Unpaid balance of $370.16
* Payment Due 07/01/2021: Unpaid balance of $370.16
* Payment Due 08/01/2021: Unpaid balance of $352.53
* Current Payment Due 09/01/2021: $352.53

Total: $50,306.50 due. Your Account is in Foreclosure. Please contact us for the exact amount to bring your loan current.

---PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS---

**For details as to ALL Borrower Payment Options visit the FCI website as www.myfci.com**

| **FCI Payment Coupon** | **Pay Bill Online** | **FCI Borrower App** |
|---|---|---|
| Please don't Staple or Paperclip | www.myfci.com/borrower | Download on Google & Apple App Stores |

FCI Lender Services, Inc.
PO BOX 28720
Anaheim, CA 92809-0112

☐ Check box if your address or phone number has changed And complete the form on the back of this page.

### Amount Due

| | |
|---|---|
| Account: | ████ |
| Current Payment Due By 09/01/2021: | $352.53 |
| Total Payment(s) Due: | $50,306.50 |
| $0.00 Late Fee will be charged after 09/16/2021 | |
| Additional Principal: | |
| Additional Escrow: | |
| **Total Amount Enclosed:** | |

Property Address: 4839 LILY STEM DR
AUBURN, GA 30011

*S-BPC* *9160063604* *09/01/21* 50306.50



**EXHIBIT C**



## **EXHIBIT D**



## EXHIBIT E



realtor.com | Buy | Sell | Rent | Mortgage | Find Realtors® | My Home | News & Insights

Back | Auburn, GA | Georgia > Gwinnett County > Auburn > Lily-Stem Dr

See My Home Equity Now

 Map | Commute Time

5 beds | 2 baths | 3,377 sq ft | 5,663 sqft lot

4839 Lily Stem Dr, Auburn, GA 30011

FEMA Zone **X** (est.) • Flood Factor™ 1/10 NEW

**Interested in selling your home?**
Preliminary offer by Opendoor*

**$361,400**

See your offers

*Eligibility and actual offer amount will be determined by Opendoor after you provide information specific to your home.

AT&T fiber Unpack a faster Internet experience | Refi Rates

**Property Overview** - 4839 Lily Stem Dr, Auburn, GA 30011 is a single family home built in 2005. This property was last sold for $219,200 in 2005 and currently has an estimated value of $371,500.

Read More ˅

 **0.93%** Less expensive than nearby properties

**$152.30K** Since last sold in 2005

 **$1,791** Rental Estimate

## Own this home?
Check out your owner dashboard to:
- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

Claim your home