# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-04949-MHC
## Kumi v. United Asset Management, LLC et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held via Zoom teleconference on 12/06/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 1:00 P.M.<br>TIME COURT CONCLUDED: 1:35 P.M.<br>TIME IN COURT: 00:35<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Judith Wolff<br>CSO/DUSM: Bertitta Marshal<br>DEPUTY CLERK: Lynn Beck |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mark Baker representing FCI Lender Services, Inc.<br>Mark Baker representing United Asset Management, LLC<br>Jennifer Rentenbach representing Mary Kumi<br>J. Scott representing Mary Kumi |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [3]Motion for Preliminary Injunction GRANTED |
| MINUTE TEXT: | The Court heard the argument of counsel regarding the pending motion. Motion granted. Court to enter a short order today and a more detailed order to follow. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |