# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARY KUMI, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. |
| | ) 1:21-cv-04949-MHC |
| v. | ) |
| | ) |
| UNITED ASSET MANAGEMENT, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Mary Kumi ("Plaintiff"), and Defendants United Asset Management, LLC and FCI Lender Services, Inc. ("Defendants"), hereby notify the Court that a settlement of this action has been reached. To that end, Plaintiff and Defendants are preparing the appropriate documents and will present dismissal documents to the Court as soon as possible. The parties jointly request that all case deadlines be stayed and that the Court retain jurisdiction for any matters related to completing or enforcing the settlement.

Respectfully submitted this 6th day of June, 2022.

| | |
|---|---|
| */s/ Jessica Rachel Scott (with permission)* | */s/ Mark J. Windham* |
| Jessica Rachel Scott | Mark J. Windham |
| Georgia Bar No. 253048 | Georgia Bar No. 113194 |
| *jrscott@atlantalegalaid.org* | *mark.windham@troutman.com* |
| Atlanta Legal Aid Society, Inc. | Troutman Pepper Hamilton Sanders |
| 54 Ellis Street, N.E. | LLP |

1

Atlanta, GA 30303  600 Peachtree Street, N.E., Suite 3000
Phone: (404) 614-3986  Atlanta, GA  30308-2216
Facsimile: (404) 525-5710  Phone: (404) 885-3828
*Counsel for Plaintiff*  *Counsel for Defendant*

### CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that I have on this day filed and served the within and foregoing *NOTICE OF SETTLEMENT* with the Clerk of Court using the CM/ECF electronic filing system to all counsel:

> J. Rachel Scott
> Atlanta Legal Aid Society, Inc. – Atl
> 54 Ellis Street, NE
> Atlanta, GA 30303-2403

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 6th day of June 2022.

>                              */s/ Mark J. Windham*
>                              Mark J. Windham